UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04 - 10581 PBS

YVETTE LOCKHART-BEMBERY,
             Plaintiff
VS.

TOWN OF WAYLAND POLICE DEPARTMENT,
ROBERT IRVING, in his capacity as CHIEF OF THE
WAYLAND POLICE DEPARTMENT and
DANIEL SAURO
             Defendants

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter our appearance as counsel for the Defendants in the above-captioned action.

Respectfully submitted,

Leonard H. Kesten, BBO No. 542042
Jeremy Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 3/24/04

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/24/04