UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10581 PBS

YVETTE LOCKHART-BEMBERY, )
                    Plaintiff )
VS. )
   )
TOWN OF WAYLAND POLICE DEPARTMENT, )
ROBERT IRVING, in his capacity as CHIEF OF THE )
WAYLAND POLICE DEPARTMENT and )
DANIEL SAURO )
                    Defendants )

## DEFENDANTS', TOWN OF WAYLAND POLICE DEPARTMENT, ROBERT IRVING, in his capacity as CHIEF OF THE WAYLAND POLICE DEPARTMENT and DANIEL SAURO, DISCLOSURE IN ACCORDANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 26

The defendants, Town of Wayland Police Department, Robert Irving, in his capacity as Chief of the Wayland Police Department, and Daniel Sauro, provide the following information pursuant to the Initial Disclosure provisions of Local Rule 26.2 and Federal Rules of Civil Procedure 26(a).

26(a)(1)(A). Individuals likely to have describable information relative to the incidents as described in the plaintiff's complaint:

1. Robert Irving, Chief of Police, Wayland Police Department, Wayland, Massachusetts.

2. Dan Sauro, Sgt., Wayland Police Department, Wayland, Massachusetts.

3. Yvette Lockhart-Bembery, plaintiff, unknown address, Framingham, Massachusetts.

4. Unknown individuals (who assisted the plaintiff, witnesses).

5.  Unknown individuals from the Natick Police Department and/or Fire/Rescue Department who responded to the scene, witnesses.

The defendants reserve the right to supplement this list as more information becomes available to them.

26(a)(1)(B). Description by category and location of all documents that are relevant to the disputed facts alleged with particularity in the pleadings:

Subject to objection to production of documents based on work product or attorney/client privilege, the following categories of documents will be provided with this Initial Disclosure or at the Offices of Brody, Hardoon, Perkins & Kesten, LLP, 1 Exeter Plaza, Boston, Massachusetts 02116:

1.  The defendants currently have no documents in their possession, custody, or control.

The defendants reserve the right to supplement this list as more information becomes available to them.

26(a)(1)(C). Computation of any category of damages claimed by the disclosing party:

1.  Not applicable.

26(a)(1)(D).   Insurance.

Available upon request.

                                                Respectfully submitted,
DEFENDANTS,
Town of Wayland Police Department,
Robert Irving, in his capacity as Chief of the
Wayland Police Department and
Daniel Sauro,
By their attorneys,


                                                /s/ Jeremy I. Silverfine
Leonard H. Kesten, BBO No. 542042
Jeremy Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: April 5, 2004

## CERTIFICATE OF SERVICE

    I, Jeremy I. Silverfine, hereby state that I have served a copy of the enclosed document to all counsel of record in this matter.


| _April 5, 2004_ | _/s/ Jeremy I. Silverfine_ |
|---|---|
| Date | Jeremy Silverfine |