# Brody, Hardoon, Perkins & Kesten, LLP

### Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

May 3, 2004

**HAND DELIVERED**

Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA  02210

RE:   Yvette Lockhart-Bembery
      Vs. Town of Wayland Police Department, Robert Irving, in his capacity as Chief
      of the Wayland Police Department and Daniel Sauro.
      Civil Action No.:  04-10581 PBS

Dear Sir/Madam:

    Enclosed please find the following for docketing and filing with reference to the above-captioned matter:

    1. Certified copy of documents on file with the Middlesex Superior Court.

    Thank you for your attention to this matter. Please contact me if you have any questions.

                    Very truly yours,

                    BRODY, HARDOON, PERKINS & KESTEN, LLP

                    Leonard H. Kesten
                    Jeremy Silverfine

LHK/JIS: hjo
Enclosures
cc: Andrew M. Fischer, Esq.