UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10581 PBS

YVETTE LOCKHART-BEMBERRY, )
         Plaintiff )
)
v. )
)
TOWN OF WAYLAND POLICE DEPARTMENT, )
ROBERT IRVING, in his capacity as CHIEF OF THE )
WAYLAND POLICE DEPARTMENT and )
DANIEL SAURO )
         Defendants )

### DEFENDANTS' RULE 16.1(d)(3) CERTIFICATION

We, the undersigned counsel and party, affirm that we have conferred:

a.    with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—for the litigation; and

b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
DEFENDANTS,
By their attorneys,

_____
Leonard H. Kesten, BBO No. 542042
Jeremy Silverfine, BBO No. 542779
BRODY, HARDOON, PERKINS & KESTEN
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Town of Wayland
Executive Secretary
By: Jeff Ritter

_____
Dated: 5/3/04