UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Yvette Lockhart-Bembery
Plaintiff,

V.                                                                        Civil Action Number
                                                                          04-10581-PBS

Town of Wayland Police Dept, et al
Defendant.                                                                May 13, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 8/31/04

Summary Judgment Motion filing deadline: 9/15/04

Opposition to Summary Judgment Motions: 9/30/04

Hearing on Summary Judgment or Pretrial Conference: 10/12/04 at 3:00 p.m.

Final Pretrial Conference: 11/8/04 at 2:00 p.m.

Jury Trial: 11/15/04 at 9:00 a.m.

Case to be referred to Mediation program: Fall, 2004

                                                                                      By the Court,

                                                                                      /s/ Robert C. Alba
                                                                                      Deputy Clerk