UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************

YVETTE LOCKHART-BEMBERY, *
 *
Plaintiff *
 *
v. *
 * C.A. NO. 04-10581-PBS
TOWN OF WAYLAND POLICE DEPARTMENT, *
ROBERT IRVING, in his capacity as CHIEF OF *
THE WAYLAND POLICE DEPARTMENT and *
DANIEL SAURO, *
 *
Defendants *

*******************************

### PLAINTIFF'S RULE 16.1(D)(3) CERTIFICATE

Plaintiff, Yvette Lockhart-Bembery, in her capacity as plaintiff hereby submits, pursuant to LR 16.1(D)(3), a certificate that she and her counsel have conferred:

a.  with a view to establishing a budget for the costs of conducting the full course, and various alternative courses of litigation; and

b.  to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Yvette Lockhart-Bembery

Date: 05-08-2004

Respectfully submitted,
Yvette Lockhart-Bembery,
by her counsel,

Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904