SCANNED
DATE 1-7-05
BY: CMS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| YVETTE LOCKHART-BEMBERY, | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * C.A. NO. 04-10581-PBS |
| TOWN OF WAYLAND POLICE DEPARTMENT, | * NMG |
| ROBERT IRVING, in his capacity as CHIEF OF | * |
| THE WAYLAND POLICE DEPARTMENT and | * |
| DANIEL SAURO, | * |
| | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION TO COMPEL DISCOVERY BY PLAINTIFF PURSUANT TO RULE 37

Plaintiff states in opposition to the motion of defendants to compel discovery by plaintiff, that the motion is moot, the plaintiff having filed responses to request for production of documents under cover dated December 15, 2004.

Plaintiff by counsel,

Date: 12/29/04

Andrew M. Fischer
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
BB0# 167040

CERTIFICATE OF SERVICE

I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Jeremy Silverfine, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116.

Date: 12/29/04

Andrew M. Fischer

lockhart\opmtncomp