UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10581-PBS

YVETTE LOCKHART-BEMBERY, )
      Plaintiff )
VS. )
 )
TOWN OF WAYLAND POLICE )
DEPARTMENT, ROBERT IRVING )
In his capacity as CHIEF OF )
THE WAYLAND POLICE DEPARTMENT )
and DANIEL SAURO, )
      Defendants )

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS, TOWN OF WAYLAND POLICE DEPARTMENT, ROBERT IRVING IN HIS CAPACITY AS CHIEF OF THE WAYLAND POLICE DEPARTMENT AND DANIEL SAURO

Defendants, TOWN OF WAYLAND POLICE DEPARTMENT, ROBERT IRVING in his capacity as CHIEF OF THE WAYLAND POLICE DEPARTMENT and DANIEL SAURO, move this Honorable Court for summary judgment pursuant to Federal Rules of Civil Procedure, Rule 56(b) on all Counts of the plaintiff's Complaint. The defendants submit the following Statement of Undisputed Material Facts and Memorandum of Law in support of this Motion.

Respectfully submitted,

The Defendants, Town of Wayland, Daniel Sauro, and Robert Irving
By their attorneys,


  /s/ Jeremy I.Silverfine
Jeremy Silverfine, BBO# 542779
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Date:  July 8, 2005