# EXHIBIT 3

| | | |
|---|---|---|
| 1 | | to the Red Cross in Waltham.  Did something |
| 2 | | happen along the way that caused you to stop? |
| 3 | A. | My car stopped moving. |
| 4 | Q. | Where, if you recall, did your car stop moving? |
| 5 | A. | I had just passed a Natick sign, "Entering |
| 6 | | Natick." |
| 7 | Q. | What did you do when your car stopped? |
| 8 | A. | It didn't stop.  I said that I noticed that |
| 9 | | there were no lights on the dash.  I put my |
| 10 | | foot on the gas.  I realized it was moving |
| 11 | | because I was going downhill.  But, there was |
| 12 | | no gas going to the engine.  It wasn't running, |
| 13 | | basically. |
| 14 | Q. | So you say you noticed there were no lights on |
| 15 | | the dash and you were going downhill.  How long |
| 16 | | did you travel in this fashion for? |
| 17 | A. | Two minutes. |
| 18 | Q. | Then what happened? |
| 19 | A. | I pulled over as far as I could, which was out |
| 20 | | of traffic completely.  I tried it again to see |
| 21 | | if it would start because I thought it was a |
| 22 | | fluke or something.  It would not start.  I |
| 23 | | started searching for my cell phone, which I |
| 24 | | couldn't find. |

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

```
 1   Q.   Were you able to restart the car?

 2   A.   No, I wasn't.

 3   Q.   The car, you say, was on the side of the road

 4        facing which direction?

 5   A.   I was going on the proper side of the road, the

 6        right side of the road, off of the road.  There

 7        was like a cemented little path there where

 8        people pull off.  I have not been able to find

 9        it since then, but I know that it's there

10        because I used to see it when I was going to

11        Regis.  I got there.  I looked for my cell

12        phone.  Unable to locate it, I made the

13        assumption that I left it at home on the table.

14        So I decided to get out of the car and stand on

15        the side, on the passenger side.  Several

16        people stopped and offered use of their cell

17        phone to call AAA.  Everyone was very nice.

18   Q.   In fact, did you have AAA service, the card, a

19        member --

20   A.   Yes, of course I do.

21   Q.   Did you call AAA?

22   A.   Yes, I did.

23   Q.   Do you remember what time you called?

24   A.   No, I don't.  But, I'm sure they have a record
```

```
 1            of it.

 2    Q.     After you used the phone, did you stay outside

 3            or did you get back inside the car?

 4    A.     No.  I stayed outside.

 5    Q.     Do you remember what direction -- you said you

 6            pulled on the side of the road.  Do you

 7            remember what direction you were heading in?

 8    A.     Towards Waltham.

 9    Q.     You were on Route 30 at this point?

10    A.     Yes.

11    Q.     Heading towards Waltham away from Framingham?

12    A.     Yes.

13    Q.     What happened next?

14    A.     I was peacefully waiting for the arrival of

15            AAA.  They said they would put a priority on it

16            since I was on Route 30.  A woman drove up,

17            driving in the opposite direction, and asked if

18            I was okay.  I told her, yes, I was fine, that

19            AAA was on the way.  She informed me that she

20            had telephoned the police because she noticed I

21            was slumped -- she thought I was slumped in the

22            car and may have been hurt.

23    Q.     Let's stop you right there.  When you say

24            "slumped," you said you were outside the car,
```

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

| | | |
|---|---|---|
| 1 | | though? |
| 2 | A. | I know, I wasn't.  I don't know when she saw |
| 3 | | me. |
| 4 | Q. | Were you, at any point in time -- |
| 5 | A. | I was looking for my cell phone. |
| 6 | Q. | The question is, at any point in time, were you |
| 7 | | slumped over the wheel of the car? |
| 8 | A. | No. |
| 9 | Q. | So this woman said to you -- |
| 10 | A. | Made the assumption. |
| 11 | Q. | -- she thought you were slumped over the car? |
| 12 | A. | She said it appeared that I looked like I was |
| 13 | | hurt, and she telephoned the police to tell |
| 14 | | them. |
| 15 | Q. | What did you say, if you recall, at that point? |
| 16 | A. | I said, "No.  I'm perfectly fine.  I was |
| 17 | | looking for my cell phone."  She said that she |
| 18 | | would notify the police that I was fine. |
| 19 | Q. | What happened next? |
| 20 | A. | The next thing I know, the police showed up. |
| 21 | Q. | The police showed up.  Cruiser, marked cruiser, |
| 22 | | unmarked cruiser? |
| 23 | A. | No.  It was a marked cruiser. |
| 24 | Q. | Marked cruiser.  Do you remember what |

1          department it was?

2     A.   It was Wayland Police.  She told me that she

3          called Wayland Police.

4     Q.   Who arrived from the Wayland Police?

5     A.   I didn't know his name at the time, but it was

6          Sergeant Sauro.

7     Q.   What did Sergeant Sauro do when he arrived?

8     A.   He proceeded to look every place, but at me.

9     Q.   Tell us exactly what he did?

10    A.   He got out of his car, walked around my car.

11    Q.   Are you on the inside of the car or the

12         outside?

13    A.   I already told you that I was standing outside.

14    Q.   I'm just trying to get your testimony as to

15         what happened --

16    A.   I have not moved.  I am standing outside.

17    Q.   So you're outside.  Where in relation to your

18         car are you standing?

19    A.   I'm on the ground, dirt, not snow, not

20         anything.  I'm on grassy dirt.

21    Q.   You're standing on the passenger side of your

22         car?

23    A.   Passenger side of my car.

24    Q.   You say Officer --

```
 1   A.   Not exactly next to it.

 2   Q.   What does Officer Sauro do; describe for us --

 3   A.   While I was talking to him, explaining that I

 4        had been looking for my phone, he immediately

 5        just went over and ripped open my door.

 6   Q.   Which door?

 7   A.   Passenger side door.

 8   Q.   What did he do?

 9   A.   Proceeded to reach into the crevice and said,

10        "Here's your phone."

11   Q.   What happened next?

12   A.   He said, "Move the car.  It's going to be

13        towed."

14   Q.   What did you say?

15   A.   I said, "How am I supposed to move the car if

16        it doesn't start?"

17   Q.   What happened next?

18   A.   He said, "You just won't have power steering.

19        The car can be moved."

20   Q.   What did you say?

21   A.   I didn't say anything because he immediately

22        went to his radio and started calling to have

23        it towed.

24   Q.   Did you say anything else at that particular
```

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

1        point to the officer?

2    A.   I don't recall saying anything else because he

3         had walked away from me and wasn't listening to

4         me anyway.  That was my perception.

5    Q.   I'm asking you, though, your best memory as to

6         what you said and what he said at that point?

7    A.   I basically told you, to my recollection, what

8         he said.

9    Q.   Anything else that you remember the

10        conversation between you and Officer Sauro at

11        that point?

12   A.   I don't recall.  There probably was more.

13   Q.   I'm asking what your memory of the other

14        conversation was?

15   A.   At this point, it's a little blurry as to what

16        he said because traumatic events occurred

17        during that point.

18   Q.   I'm just asking your best memory as to what

19        else was said between you and Officer Sauro?

20   A.   I told you what I can recall.

21   Q.   At this point --

22   A.   At this point, I can't recall more than that,

23        but I'm sure there was more.

24   Q.   I'm asking you, and I think we're entitled to

| | | |
|---|---|---|
| 1 | | know, if there is anything else you can recall |
| 2 | | as to the conversation as you sit here today |
| 3 | | between you and Officer Sauro? |
| 4 | A. | Did I just answer that? |
| 5 | | MR. FISCHER:  I think she just |
| 6 | | answered that. |
| 7 | Q. | (By Mr. Silverfine):  Is there anything |
| 8 | | impeding your memory today as you sit here? |
| 9 | A. | Like what? |
| 10 | Q. | That's what I'm asking you.  Is there anything |
| 11 | | interfering with your memory today?  Are you on |
| 12 | | medication? |
| 13 | A. | No, I'm not. |
| 14 | Q. | Did you take any alcohol or drugs in the last |
| 15 | | 24 hours? |
| 16 | A. | No.  I just told you I don't drink. |
| 17 | Q. | I am asking you, is there anything that would |
| 18 | | interfere with your ability to remember any |
| 19 | | further conversation between you and |
| 20 | | Officer Sauro on February 6, 2002? |
| 21 | A. | No chemically, medically anything.  Maybe |
| 22 | | traumatically, I am blanking on a lot of |
| 23 | | things.  But, no chemicals, medicine, anything |
| 24 | | like that is preventing me from remembering |

| | | |
|---|---|---|
| 1 | | anything, except that all I can do is see his |
| 2 | | movements. |
| 3 | Q. | What happened after you say Officer Sauro went |
| 4 | | back to his vehicle? |
| 5 | A. | I opened the door. |
| 6 | Q. | Which door? |
| 7 | A. | The driver's side door was -- he did tell me to |
| 8 | | do that because when I asked him, how was I |
| 9 | | supposed to move the car -- I tried to push. |
| 10 | Q. | When you say you tried to push it, what did you |
| 11 | | do? |
| 12 | A. | I tried to push it. |
| 13 | Q. | What did you do, though?  When you say you |
| 14 | | tried to push it, what did you do?  Describe |
| 15 | | for us what you did? |
| 16 | A. | I already said that I opened the door.  I think |
| 17 | | I got in the car.  I don't know -- realizing |
| 18 | | that I couldn't start it, I got back out of the |
| 19 | | car.  I didn't know how I was going to push |
| 20 | | this car. |
| 21 | Q. | You say you got back out of the car after you |
| 22 | | got in? |
| 23 | A. | Yes. |
| 24 | Q. | Did you have any further conversation with |

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

| | | |
|---|---|---|
| 1 | | Officer Sauro when you got out of the vehicle? |
| 2 | A. | Why do you keep asking me that?  I already |
| 3 | | explained that he was already on the radio |
| 4 | | calling to have the car towed. |
| 5 | Q. | My question was, did you have any further |
| 6 | | conversations after you got in the car and got |
| 7 | | out of the car between you and Officer Sauro |
| 8 | | once you got out of the car? |
| 9 | A. | Not that I can recall. |
| 10 | Q. | What did you do next after you got out of the |
| 11 | | car? |
| 12 | A. | Tried to figure out a way to move the car. |
| 13 | Q. | What did you do? |
| 14 | A. | To tell the truth, I really don't know. |
| 15 | Q. | You don't know, is that your testimony today? |
| 16 | A. | Specifically, I can't tell you the steps that I |
| 17 | | went through to move the car.  I remember |
| 18 | | putting my hand on the side of the door, the |
| 19 | | side where you close the door.  But, that |
| 20 | | wasn't going to work because I had to steer the |
| 21 | | car.  I tried a number of different ways. |
| 22 | Q. | What else did you do? |
| 23 | A. | Finally got it moving. |
| 24 | Q. | How did you get it moving? |

| | | |
|---|---|---|
| 1 | A. | I don't recall exactly how I got it moving, |
| 2 | | except by pushing. |
| 3 | Q. | Where did you push the car? |
| 4 | A. | Holding onto that -- where the windows joined. |
| 5 | | It was a four door, so that little piece there. |
| 6 | | I had my hand there.  I had one hand there and |
| 7 | | one hand trying to steer, which was very |
| 8 | | difficult.  Since I had a bad back, I was |
| 9 | | concerned about that. |
| 10 | Q. | Did you hear Officer Sauro say anything to you |
| 11 | | while you were doing this? |
| 12 | A. | He was on the radio. |
| 13 | Q. | My question was, did hear Officer Sauro say |
| 14 | | anything to you while you were doing that? |
| 15 | A. | He didn't say anything to me; he was on the |
| 16 | | radio. |
| 17 | Q. | Did you hear Officer Sauro say anything to you |
| 18 | | while you were, as you say, pushing this car or |
| 19 | | attempting to push this car? |
| 20 | A. | No. |
| 21 | Q. | What happened next, as far as you, in terms of |
| 22 | | pushing this vehicle? |
| 23 | A. | I got it to the specified place. |
| 24 | Q. | Where was the specified place? |

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

| | | |
|---|---|---|
| 1 | A. | He indicated, he pointed vaguely to a spot. |
| 2 | Q. | When you say "he pointed vaguely," what did |
| 3 | | Officer Sauro do? |
| 4 | A. | He pointed like that. |
| 5 | | (Witness indicating.) |
| 6 | Q. | You're flinging your arm -- |
| 7 | A. | "Get it over there." |
| 8 | Q. | Is that what he said? |
| 9 | A. | Yes. |
| 10 | Q. | So you do remember him saying something else? |
| 11 | | MR. FISCHER:  May I, for the record, |
| 12 | | suggest that your description of the |
| 13 | | witness flinging her arm when she said |
| 14 | | "pointed like that," or flicking her arm |
| 15 | | was an inaccurate characterization. |
| 16 | | MR. SILVERFINE:  Is what, I'm sorry? |
| 17 | | MR. FISCHER:  I think when the |
| 18 | | witness said, "He pointed like that," you |
| 19 | | said, "You're flinging your arm."  I think |
| 20 | | maybe for the record, we should try to -- |
| 21 | | MR. SILVERFINE:  I'm just observing |
| 22 | | what I saw.  The witness flicked -- |
| 23 | | THE WITNESS:  I flicked my hand. |
| 24 | Q. | (By Mr. Silverfine):  -- your right hand in a |

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

1 dismissive type of fashion; is that fair to

2 say?

3 A. Yes, it was.

4 Q. What else did Officer Sauro say to you during

5 this period of time?  You said something about

6 him directing you some place.  What did he say

7 to you?

8 A. He already directed me to a place.  Aside from

9 that, he was on the radio.

10 Q. Let's step back.  When did he direct you to a

11 place?

12 A. Prior to getting on the radio.

13 Q. What did he say?

14 A. I just told you.

15 Q. I had asked you earlier, and you said you

16 didn't remember anything.  I'm asking you now,

17 what did he say to you about directing you to a

18 particular place?

19 A. He just vaguely pointed in a direction to put

20 the car.

21 Q. What did he say?

22 A. He said, "Move the car or it's going to be

23 towed."

24 Q. What else did he say or do at that point?

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

| | | |
|---|---|---|
| 1 | A. | Went to the radio. |
| 2 | Q. | What else did he do at that point after he got |
| 3 | | on the radio? |
| 4 | A. | Talked on the radio. |
| 5 | Q. | What did you hear him say? |
| 6 | A. | I was trying to push the car. |
| 7 | Q. | You said he vaguely pointed to a spot.  Where |
| 8 | | was he pointing to? |
| 9 | A. | A spot near him, near where his car was parked. |
| 10 | Q. | What did you do as a result? |
| 11 | A. | Tried to get it near there. |
| 12 | Q. | What did you do? |
| 13 | A. | Pushed it. |
| 14 | Q. | How did you push it? |
| 15 | A. | With my hand and the steering wheel trying to |
| 16 | | get it at an angle, although I must preface |
| 17 | | that by saying, the car was perfectly safe |
| 18 | | where it was, more safe than where he was |
| 19 | | telling me to put it. |
| 20 | Q. | You told him this? |
| 21 | A. | No.  I didn't tell him that.  He was the |
| 22 | | policeman.  He's knows where he wants it. |
| 23 | Q. | As a result, what happened after you said you |
| 24 | | attempted to put it in the spot that he pointed |

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

```
 1          to, what did you do?

 2   A.     I thought that I got it to the spot where he

 3          was vaguely motioning to.

 4   Q.     What happened next?

 5   A.     He interrupted his conversation on the radio to

 6          yell at me and say, "I didn't say there.  Move

 7          it.  Move the car."  I said, "Could you exactly

 8          tell me where you want the car so that I don't

 9          have to keep trying to get a car to some

10          place," and he pointed again.

11   Q.     Where did he point to this time?

12   A.     Like maybe a foot difference from the place

13          that the car was already sitting --

14   Q.     What did you do?

15   A.     -- which meant that I had to back it up, try to

16          steer a dead vehicle, which was very difficult.

17   Q.     What did you do?

18   A.     I tried to steer it.  I had to back it up in

19          order to get it into the particular place that

20          he said.  The next thing you know, I'm running

21          after the car because it started moving, and

22          I'm running beside it holding onto it.

23   Q.     But, during the time period you say you were

24          running beside it, did you hear anything being
```

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

| | | |
|---|---|---|
| 1 | | said to you by Officer Sauro? |
| 2 | A. | Yes, I did. |
| 3 | Q. | What did he say? |
| 4 | A. | I did hear him say something. |
| 5 | Q. | What did he say? |
| 6 | A. | "I told you not to do that." |
| 7 | Q. | What else did he say? |
| 8 | A. | He kept saying that over and over again.  I |
| 9 | | could hear it once I fell to the ground.  I |
| 10 | | could hear it when AAA came.  I could hear it |
| 11 | | when the policemen came. |
| 12 | Q. | When you say you could hear it, did he continue |
| 13 | | to say that to you? |
| 14 | A. | Yes, over and over again. |
| 15 | Q. | What else did he say to you besides that? |
| 16 | A. | Nothing, and I don't think he was speaking to |
| 17 | | me anyway. |
| 18 | Q. | When this was happening, what did you do?  You |
| 19 | | said the car was rolling? |
| 20 | A. | I wasn't doing anything.  The car had a life of |
| 21 | | its own at that point.  I was just being taken |
| 22 | | along for the ride. |
| 23 | Q. | Where were you when this was happening? |
| 24 | A. | Holding onto the outside of the car.  As it |

1       picked up momentum, I picked up momentum

2       instead of walking.  Eventually, I fell holding

3       onto the car.

4    Q.  Were you inside or outside the vehicle?

5    A.  Outside the car.

6    Q.  Was the door open?

7    A.  Yes.  The door was open.  That's where I was

8       standing.

9    Q.  You were standing outside the car?

10   A.  Yes.

11   Q.  Was any part of you inside the car?

12   A.  No.

13   Q.  Your body was totally outside of the car?

14   A.  Yes.  My hand was on the bar that connects the

15      two windows.

16   Q.  The car, then you say, rolled down a hill?

17   A.  An embankment.  It wasn't exactly a hill.

18   Q.  Is there any reason why you didn't let go of

19      the car?

20   A.  Aside from being totally traumatized, that this

21      car was picking up speed and I was unable to

22      hold it back, unbeknownst to me that the car

23      weighed how many thousands of pounds, thinking

24      that I could move it.

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

1  Q.  The question was, though, was there any reason

2      why you didn't let go of the car?

3  A.  That was my answer.

4  Q.  Did you and Officer Sauro have any further

5      conversations, besides the conversations you've

6      described for us?

7  A.  I never saw him again until today.

8  Q.  So the answer is, no, you haven't had any

9      further conversations?

10 A.  No, not that I can recall.

11 Q.  Have you told us your best memory --

12 A.  Not that I can recall.

13 Q.  Have you told us your best memory as to the

14     entire conversations what was said between you

15     and Officer Sauro?

16 A.  Yes.  To the best of my knowledge, I think that

17     I'm fairly accurate.

18 Q.  Was there a point where the car came to a stop?

19 A.  Yes.

20 Q.  Do you remember where the car came to a stop?

21 A.  Only because I saw it in the newspaper.

22 Q.  Where was that?

23 A.  It was wedged between three trees or four trees

24     or a whole bunch of trees.

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

1    Q.    In terms of where the car came to a stop, where

2          were you in relation to the car?

3    A.    I had been dragged on the ground for maybe

4          15 yards or so.

5    Q.    When the car stopped, where were you?

6    A.    On the ground trying to breathe.

7    Q.    What happened next after the car came to a

8          stop?

9    A.    There were medics around me, AAA saying, "Is

10         this the lady."  I can recall saying, "He told

11         me to push the car."

12    Q.    I'm sorry, you can recall --

13    A.    Myself saying to them, whoever was around,

14         because I couldn't see because the car had

15         thrown me to the ground, and I was going

16         "bumpety-bumpety-bump" over ice, and could not

17         breathe.

18    Q.    What happened when the medics arrived, what

19         happened to you?

20    A.    I was medi-vacced to the hospital.

21    Q.    Which hospital?

22    A.    Supposedly, I was going to University of Mass.

23         Hospital, and they found out I didn't have

24         medical insurance.  So they rerouted me to

96

1           Boston Medical Center.

2    Q.    At the time, you did not have medical

3          insurance?

4    A.    No.  As a general rule, people in private

5          practice --

6                MR. FISCHER:  Just answer the

7                question.  The question was, "At the time,

8                did you have medical insurance?"

9                THE WITNESS:  No.

10   Q.    (By Mr. Silverfine):  Do you currently have

11         medical insurance?

12   A.    No, I don't.

13   Q.    At the time you didn't have medical insurance,

14         how were -- strike that.  You said you were

15         taken to Boston City Hospital?

16   A.    I didn't know it was Boston City Hospital.  I

17         thought it was Boston Medical Center.

18   Q.    I'm just going on what you told me?

19   A.    I didn't say that.

20   Q.    Where did you go to?

21   A.    Boston Medical Center is what they said.

22   Q.    How long were you at Boston Medical Center?

23   A.    I left the next morning with my daughter

24         against medical advice.

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

1                 MR. FISCHER:  Objection.

2    Q.   (By Mr. Silverfine):  What did you see him do

3         next?

4    A.   I didn't even say that.

5    Q.   I'm not trying to trick you.  Mr. Fischer can

6         talk to you.  I'm just asking you what

7         observations you made of Sergeant Sauro outside

8         of his vehicle?

9    A.   Every time I try to tell you, you stop me.

10                MR. FISCHER:  Perhaps if I net the

11                basis of my objection, clarify it.  As I

12                understand, the witness' testimony is that

13                she first saw Sergeant Sauro when he was

14                next to her.  You're framing the question

15                in a way that implies she saw

16                Sergeant Sauro come from the vehicle to

17                her or that she saw him get out of the

18                vehicle.  That's the nature of my

19                objection.  I think that's the difficulty.

20   Q.   (By Mr. Silverfine):  What did you see

21        Sergeant Sauro do outside of his vehicle, not

22        while in his vehicle, but outside his vehicle?

23                MR. FISCHER:  Same objection.

24                THE WITNESS:  In no way did he ever

```
 1              see me sitting in the car.

 2                   MR. FISCHER:  Just answer the

 3              question.

 4                   THE WITNESS:  He came flying --

 5                   MR. FISCHER:  Listen to what the

 6              question is and answer the question.

 7    Q.   (By Mr. Silverfine):  What did you see

 8         Sergeant Sauro do when he was outside his

 9         vehicle?

10    A.   Can I talk now.  He came flying by me not even

11         stopping -- is this clear -- flying by me.  I'm

12         trying to explain that my car has broken down,

13         I called for AAA, blah, blah, blah.  He's not

14         even looking at me, not even acknowledging my

15         existence.  He goes directly to my car, opens

16         the door, picks up my phone, "Here's your

17         phone.  Move the car or it's going to be

18         towed," he's back in his car.  That's how I saw

19         him.  I saw a -- I could not even tell you what

20         he looked like.

21    Q.   Did you see him outside of his vehicle any

22         other time besides the description you've just

23         given us?

24    A.   No.
```

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

1    Q.    That's the only time you saw Sergeant Sauro

2          outside of his cruiser?

3    A.    He was outside of his cruiser the entire time.

4    Q.    What else was he doing outside of his cruiser?

5    A.    On his radio.  He had it in his hand.

6    Q.    Did he have a portable radio or a car radio?

7    A.    He had something in his hand.  I don't know

8          whether it was attached or whatever.

9    Q.    What was he doing when he was outside his

10         vehicle with his radio?

11   A.    Standing.

12   Q.    What else was he doing besides standing?

13   A.    In the road, like the traffic.  There was no

14         traffic.

15   Q.    There was no traffic?

16   A.    None, no traffic.

17              (Witness drawing on diagram.)

18                 MR. SILVERFINE:  Excuse me.  I would

19         prefer you not.  I'm going to ask you to

20         do this whole thing over again, and we'll

21         be here all day.  I'm not tricking you.

22         I'm just asking you questions.

23                 MR. FISCHER:  Let me take a minute.

24         (Short break taken.)

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

```
 1    Q.    (By Mr. Silverfine):  You've had an opportunity

 2           to talk to your counsel?

 3    A.    Yes.

 4    Q.    How long a time period do you recall

 5           Sergeant Sauro being present prior to you

 6           getting in the vehicle in an attempt to move

 7           it?

 8    A.    How long was he present?

 9    Q.    Right?

10    A.    No more than 10 minutes.

11    Q.    During that time period, what observations did

12           you make of Sergeant Sauro?

13    A.    Walking by me, going to my car, opening the car

14           door, picking up my phone, going to the front

15           of my car, telling me I had to move it or it's

16           going to be towed.  I had a little bit of

17           discussion how can I do this, blah, blah, blah.

18    Q.    Let's stop you there.  What is the discussion

19           at that point in time that you had with

20           Sergeant Sauro?

21    A.    How am I supposed move the car?  If I could

22           move it, it would be gone.

23    Q.    What did he say?

24    A.    He said, "You can move it.  It just won't have
```

1         power steering."

2    Q.   What did you say?

3    A.   I didn't say anything.

4    Q.   What else did you observe at that point?

5    A.   He walked back to his vehicle, reached in the

6         car, pulled out a radio.  I don't know if it

7         was attached to anything, and proceeded --

8         which I assumed, which may be incorrect, was

9         calling a tow truck -- and kept talking.

10   Q.   He is outside of his vehicle during this period

11        of time?

12   A.   Standing there, facing this way.

13   Q.   Facing southbound?

14   A.   Yes.

15   Q.   You are still outside your vehicle in the back

16        right?

17   A.   Yes.

18   Q.   At what point --

19   A.   In my view, as I went around --

20           MR. FISCHER:  Just wait for the

21        question and just answer the question.

22   Q.   (By Mr. Silverfine):  At what point did you get

23        into your vehicle after he went back to his

24        cruiser to pick up what you believe to be --

|     |     |                                                        |
| --- | --- | ------------------------------------------------------ |
| 1   | A.  | I didn't really get in, like I said.  I opened         |
| 2   |     | the car door, I sat down.  I didn't even put my        |
| 3   |     | feet in.  I think -- I don't know why I got in         |
| 4   |     | the car, but I think I was going to release            |
| 5   |     | something, which there was nothing to release.         |
| 6   | Q.  | Did you do anything to the steering wheel, to          |
| 7   |     | the ignition, to --                                    |
| 8   | A.  | No.  I think I tried to start it, I guess,             |
| 9   |     | wishful thinking.                                      |
| 10  | Q.  | Did you do anything to the gears at that point?       |
| 11  | A.  | No.  It's automatic.                                   |
| 12  | Q.  | What did you do in your attempt to move the            |
| 13  |     | vehicle?                                               |
| 14  | A.  | Put it in neutral.                                     |
| 15  | Q.  | What happened when you put it into neutral?            |
| 16  | A.  | Nothing.  I got out.                                   |
| 17  | Q.  | The car just stayed still?                             |
| 18  | A.  | Yes.                                                   |
| 19  | Q.  | As a result of that, what did you do?                  |
| 20  | A.  | I got out, tried to assess the situation as            |
| 21  |     | quickly as possible because I thought my car           |
| 22  |     | was going to be towed, and I just went into            |
| 23  |     | automatic drive and started pushing until I            |
| 24  |     | ended up right in front.                               |

| | | |
|---|---|---|
| 1 | Q. | All right. Where is Sergeant Sauro during this |
| 2 | | time? |
| 3 | A. | He has not moved. He is standing right there |
| 4 | | on that radio the entire time. |
| 5 | Q. | Your car, when it first went into neutral, |
| 6 | | stayed put; is that your testimony, right? |
| 7 | A. | Yes. |
| 8 | Q. | You then, just so I'm clear, started to push it |
| 9 | | with that section between the front and the |
| 10 | | back? |
| 11 | A. | Yes, push it back toward him. |
| 12 | Q. | What else did you do at that point, if you |
| 13 | | recall, as you're pushing it? |
| 14 | A. | I cut the wheel because I had to take it out |
| 15 | | of -- because I was in further than he was. So |
| 16 | | I had to cut the wheel so that it would come |
| 17 | | out a little bit and then try to push it toward |
| 18 | | him. I thought he wanted it there. |
| 19 | Q. | When you say "him," who are you referring to? |
| 20 | A. | Sergeant Sauro. |
| 21 | Q. | What, if anything, did Sergeant Sauro do, to |
| 22 | | the best of your memory, when you were doing |
| 23 | | this? |
| 24 | A. | No acknowledgment whatsoever. |

1  Q.  He didn't say anything to you at that point?

2  A.  He was on his radio.

3  Q.  What else did you do during this period of time

4      after you say you pushed it toward him?

5  A.  I stopped.

6  Q.  What happened next?

7  A.  He took the radio away from his mouth.  He

8      said, "That's not where I said to put it.  Move

9      it."

10  Q.  What did you do?

11  A.  I said, "Move it where?  Could you please tell

12      me where you want me to put it so I don't have

13      to keep trying to push this car."

14  Q.  What did he say?

15  A.  He vaguely pointed to a place, and I said,

16      "Please tell me where you want it."

17  Q.  What did he say?

18  A.  He just pointed, there.

19  Q.  What did you do as a result of that?

20  A.  Continued pushing.  I had to push it back.

21  Q.  When you say "back" --

22  A.  Away from him.

23  Q.  So you're now heading in the eastbound

24      direction?

1   A.   A tiny bit, just a tiny bit.

2   Q.   So you're now pushing in a different direction

3        towards eastbound?

4   A.   Yes, away from his car so I could move it.

5   Q.   What happened next?

6   A.   I cut the wheel.

7   Q.   Which way did you cut the wheel?

8   A.   I don't remember.  I think I cut the wheel so I

9        could get it to just have some maneuver room.

10       So I caught the wheel, and I think the car went

11       out a little bit.  Then I tried to straighten

12       the wheel and push it to where he wanted it,

13       which I still wasn't quite clear, and it hit

14       something here.

15  Q.   You're pointing to the driveway?

16  A.   Yes.

17  Q.   It hit something in the driveway --

18  A.   I don't know if it was the driveway or here,

19       just before the driveway.

20  Q.   You say it hit something in the road?

21  A.   No, no.

22  Q.   What did it hit, as best as you can remember?

23  A.   The word "hit" is not maybe the correct word.

24  Q.   You tell me what --

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

```
 1   A.    It positioned itself near that spot.

 2   Q.    What happened when it positioned itself --

 3   A.    The next thing I know, it started gaining

 4         momentum.

 5   Q.    What did you do as a result of that?

 6   A.    Went on with it.  I think I was trying to stop

 7         it.

 8   Q.    How were you doing that?

 9   A.    Like pulling, trying to stop it.

10   Q.    When you say "pulling," --

11   A.    Holding it back from moving.

12   Q.    Holding the car back?

13   A.    Yes.

14   Q.    You didn't hit the brakes or anything like

15         that?

16   A.    How could I hit the brakes; I was outside.

17   Q.    I'm just asking.  When you say holding it back,

18         holding this car back?

19   A.    Yes.

20   Q.    What was Sergeant Sauro doing during this

21         period of time?

22   A.    Nothing.

23   Q.    When you say "nothing" --

24   A.    He was on his radio.
```

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

1    Q.    Again, standing outside the vehicle?

2    A.    Yes.

3    Q.    Anything else you remember about Sergeant Sauro

4          doing at that point or saying at that point?

5    A.    He was on his radio.  To him, I just seemed

6          like I was non-existent until the car started

7          picking up speed, and I had to run to keep up

8          with the car.

9    Q.    What happened at that point, did you hear or

10         see Sergeant Sauro do?

11   A.    Not until I was right down here.

12   Q.    What did you hear or see Sergeant Sauro do?

13   A.    By that time, I was on the ground, being banged

14         on the ground as the car dragged me.

15   Q.    Try to answer my question.  I'm not trying to

16         trick you.  What did you see or hear

17         Sergeant Sauro do once you were down there --

18   A.    I'm going to tell you.

19              MR. FISCHER:  Listen to the question.

20              THE WITNESS:  He wants to know what

21         Sergeant Sauro did.

22              MR. FISCHER:  What did Sergeant Sauro

23         do?

24              THE WITNESS:  He did nothing.

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

1   Q.   (By Mr. Silverfine):  Did he remain at the car?

2   A.   Yes.  He did not move.

3   Q.   The entire time, including the time you're down

4        at the bottom of the hill --

5   A.   Did not move.

6   Q.   Wait for my question, please.  Sergeant Sauro

7        remained by his car?

8   A.   With the radio in his hand.

9   Q.   So even when you said emergency personnel

10       arrived, he remained at the top of the hill --

11  A.   At that point, I don't know.

12  Q.   That's what I'm asking.  Did he remain at his

13       car, at his cruiser, at all times?

14  A.   At that point, I couldn't see him.  I was face

15       down, as you can see from the picture.  I was

16       face down on the ice.

17  Q.   Let's just try my question, if you could.

18       We'll get to it.  My question is, did

19       Sergeant Sauro move at all from the position

20       you have him next to his cruiser at any time

21       you were there?

22  A.   It was too late by then.

23            MR. FISCHER:  Just listen.  Focus on

24         the question and answer the question and

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.

139

1          don't worry about what is not included in

2          the question.  Just answer the question.

3               THE WITNESS:  He did not move.  He

4          started to yell.

5    Q.    (By Mr. Silverfine):  During the entire time

6          period that you recall, other than the

7          description of him coming to the passenger side

8          and going back, he didn't move from his

9          cruiser?

10   A.    No.  He was talking on the radio.

11   Q.    You said he was yelling.  What was he yelling

12         at you at a later point in time?

13   A.    "I told you not to do that."

14   Q.    Anything else?

15   A.    No.  He kept repeating it over and over again.

16         "I told you not to do that.  I told you not to

17         do that."

18   Q.    Where was he when he was yelling this in

19         relation to where you were?

20   A.    From my perception of hearing, he didn't move

21         because it was getting further away as I was

22         getting further away.

23   Q.    In terms of his yelling, his yelling began

24         earlier than when you --

DUNN & GOUDREAU COURT REPORTING SERVICE, INC.