# EXHIBIT 4

# Wayland Police Department
## Incident Narrative Report

Print Date: March 15, 2004     Printed By: fmackenzie-lamb

**Narratives for Incident Number 2002000000740 ?** Yes
**Other Narratives not authorized for print?** None
**Narratives this user authorized to print:**

Narrative by: Sergeant Daniel Sauro

| Seq No: | Date & Time | Narrative Description | Entered by | Status | Reviewed by | Last Edit Date |
|---|---|---|---|---|---|---|
| 1 | 02/06/2002 00:00 | DMV/MISHAP | Sergeant Daniel Sauro | Open | | 02/06/2002 |

On 02-06-02 at approx 9:10am this officer responded to a person slumped over the wheel of a motor vehicle at Rt30 and Willowbrook. Arriving in the area there was nothing showing to the Natick line. There was a vehicle in the travel way just over the Natick line causing a traffic problem.     The vehicle was a 1988 white Cady Ma. plate 2193CS. There was a female sitting in the passengers front seat as I approached. This officer pulled behind the car with blue lights on and approached the party that exited the car. I asked if she was all right, and the party Lockhart-Bembery (person screen) stated she was fine, the car just stopped and she called Triple A for a tow. The car was not in a safe spot, and not knowing how long Triple A would take to arrive, the suggestion on moving the car back a short distance closer to the curb was agreed to while this officer monitored traffic. While the owner was rolling the car backwards (the engine would not start), she cut the wheel sharply causing the car to begin to turn off the road and onto the ice covered grass.     At this point the owner was advised to leave the car as it was and that I would call Natick P.D. for a cruiser to stand by to wait for Triple A. When I returned to my unit to call Natick, I observed the owner pushing the car at the front left fender. I called out through the open drivers window of my unit to the owner not to push the car. The owner continued to push the car, I got out of my unit and yelled to the owner "do not push the car", the owner stated back "we want it off the road."     This officer then began to walk towards the owner as I was concerned for her safety, again stating "do not push the car". The car at this time began moving slowly backwards down a hill.     The owner began to chase the car and I shouted "let it go". She got the drivers door open and began to get in when she slipped on the ice covered grass. It appeared her right arm was stuck in the door, and she slid along beside the car facing down until the it came to rest up against some tree branches.     An ambulance was called and I checked her vitals. She was conscious and alert, and stated her chest was sore. The Natick and Wayland ambulances arrived, gave aid and transported.     The car had minor damage, mostly confined to the rear bumper. A Triple A wrecker arrived to tow it. Natick Officers and Fire EMT's were advised of the events as I observed them. END

_____
Signature - Reporting Officer

_____
Signature - Reviewing Officer