UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

YVETTE LOCKHART-BEMBERY,  \*
                          \*
        Plaintiff         \*
                          \*
v.                        \*
                          \* C.A. NO. 04-10581-PBS
TOWN OF WAYLAND POLICE DEPARTMENT, \*
ROBERT IRVING, in his capacity as CHIEF OF \*
THE WAYLAND POLICE DEPARTMENT and \*
DANIEL SAURO,             \*
                          \*
        Defendants        \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO EXTEND TIME TO RESPOND
TO MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiff and moves this Honorable Court extend the time for responding to the defendants' motion for summary judgment until Monday, August 8, 2005.

As reason Plaintiff states that her counsel presently serves as chair of the Civil Rights Section of the American Trial Lawyers Association [ATLA], and is presently involved in presentation fo the Civil Rights CLE program at the ATLA annual convention in Toronto, July 21, 2005 through July 27, 2005.

Plaintiff further states that the defendants are not prejudiced in any way by this short extension of time and, in fact, have assented to this motion.

Plaintiff by counsel,

Date: 7/21/05                              /s/ Andrew M. Fischer
                                           Andrew M. Fischer
                                           JASON & FISCHER
                                           47 Winter Street
                                           Boston, MA 02108
                                           (617) 423-7904
                                           BB0# 167040
                                           afischer@jasonandfischer.com

CERTIFICATE OF SERVICE

I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Jeremy Silverfine, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116.

Date: 7/21/05                              /s/ Andrew M.. Fischer
                                           Andrew M. Fischer

lockhart\moexttime.wpd