UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10581 NMG

| | |
|---|---|
| YVETTE LOCKHART-BEMBERY,<br>Plaintiff<br>VS.<br><br>TOWN OF WAYLAND POLICE DEPARTMENT,<br>ROBERT IRVING, in his capacity as CHIEF OF THE<br>WAYLAND POLICE DEPARTMENT and<br>DANIEL SAURO<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' SUPPLEMENT TO THE PRE-TRIAL MEMORANDUM

The Defendants, Town of Wayland Police Department, Robert Irving, and Daniel Sauro, hereby supplement the pretrial memorandum by adding the following witness to its list of witnesses:

1. Darlene Boyer, 227 Commonwealth Road, Wayland, Massachusetts.

                                  Respectfully Submitted,
                                  Defendants,
                                  Town of Wayland Police Department, Robert
                                  Irving, and in his capacity of Chief of the
                                  Wayland Police Department Daniel Sauro,
                                  By Their Attorney,

                                  _/s/ Jeremy I. Silverfine_
                                  Jeremy Silverfine, BBO# 542779
                                  Leonard H. Kesten, BBO# 542042
                                  BRODY, HARDOON, PERKINS & KESTEN
                                  One Exeter Plaza, 12th Floor
                                  Boston, MA 02116
                                  (617) 880-7100

Dated: January 5, 2006