UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10581 NMG

| | |
|---|---|
| YVETTE LOCKHART-BEMBERY, <br> Plaintiff <br> VS. <br><br> TOWN OF WAYLAND POLICE DEPARTMENT, <br> ROBERT IRVING, in his capacity as CHIEF OF THE <br> WAYLAND POLICE DEPARTMENT and <br> DANIEL SAURO <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ASSENTED TO MOTION OF THE PARTIES TO CONDUCT LIMITED ADDITIONAL DEPOSITONS PURSUANT TO RULE 26

The Defendants, Town of Wayland Police Department, Robert Irving, and Daniel Sauro, and the plaintiff, Yvette Lockhart-Bembery, hereby move pursuant to Rule 26 of the Federal Rules of Civil Procedure, that this Court enter an Order allowing the parties to take a limited number of additional depositions.

In support thereof, the parties state that in preparing for trial they have both recently learned of a number of additional witnesses and now seek leave to take their respective depositions. Said additional discovery should not be lengthy and it is not anticipated that the depositions will impact the trial date of January 30, 2006.

Respectfully Submitted,
Defendants,
Town of Wayland Police Department, Robert Irving, and in his capacity of Chief of the Wayland Police Department Daniel Sauro,
By Their Attorney,


/s/ Jeremy I. Silverfine
Jeremy Silverfine, BBO# 542779
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100


Assented To:

Plaintiff,
Yvette Lockhart-Bembery,
By her attorney,


/s/ Andrew M. Fischer
Andrew M. Fischer, BBO #167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904



Dated: January 5, 2006