UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************
YVETTE LOCKHART-BEMBERY,            *
                                    *
          Plaintiff                 *
                                    *
v.                                  *
                                    * C.A. NO. 04-10581-NMG
TOWN OF WAYLAND POLICE DEPARTMENT,  *
ROBERT IRVING, in his capacity as CHIEF OF *
THE WAYLAND POLICE DEPARTMENT and   *
DANIEL SAURO,                       *
                                    *
          Defendants                *
*********************************************

**PLAINTIFF'S SECOND SUPPLEMENT TO THE PRE-TRIAL MEMORANDUM**

**X. Witness List**

**A. Plaintiff's Witnesses**

1. Yvette Lockhart-Bembery;

2. Daniel Sauro;

3. Dr. Darren Rosenberg, Spaulding Rehabilitation Hospital Network;

4. Dr. John Sledge, Boston Medical Center;

5. Dr. Sheila Chapman, Boston Medical Center;

6. Susan Jones, PT, Metrowest Medical Center;

7. Police Chief Robert Irving;

8. Attorney Adelio DeMiranda;

9. Attorney Andrew Stockwell Alpert;

10. Darlene McDaniel; and

11. Victoria Woodard.

**Plaintiff's Supplemental Witnesses**

 12. Mikala Bembery

 13. Robert D. Bembry, Sr.

 14. Robert D. Bembry, Jr.

             Plaintiff by counsel,

Date: January 10, 2006       /s/ Andrew M. Fischer
               Andrew M. Fischer
               JASON & FISCHER
               47 Winter Street
               Boston, MA 02108
               (617) 423-7904
               BB0# 167040
               afischer@jasonandfischer.com

CERTIFICATE OF SERVICE

 I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Jeremy Silverfine, Brody, Hardoon, Perkins & Kesten, LLP, One Exeter Plaza, Boston, MA 02116.

Date: January 10, 2006       /s/ Andrew M. Fischer
               Andrew M. Fischer

lockhart\ptmemo3