UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10581 NMG

YVETTE LOCKHART-BEMBERY, )
        Plaintiff )
VS. )
 )
TOWN OF WAYLAND POLICE DEPARTMENT, )
ROBERT IRVING, in his capacity as CHIEF OF THE )
WAYLAND POLICE DEPARTMENT and )
DANIEL SAURO )
        Defendants )

### DEFENDANTS' LIST OF POTENTIAL WITNESSES

Now come the defendants, Town of Wayland Police Department, Robert Irving, and Daniel Sauro, in the above-referenced matter and **in addition to the witnesses listed by the Plaintiff**, the defendants list the following potential witnesses:

(1) Darlene Boyer, 227 Commonwealth Road, Wayland, Massachusetts;

(2) (Retired) Sergeant Daniel Sauro, c/o Wayland Police Department, 28 Cochituate Road, Wayland, MA;

(3) Robert Irving, Chief, Wayland Police Department, 28 Cochituate Road, Wayland, MA

(4) Lt. Bruce Cook, Wayland Police Department, 28 Cochituate Road, Wayland, MA;

(5) Detective James Ordway, Natick Police Department, 20 East Central Street, Natick, MA

(6) Former Detective Scott Smith, l/k/a Natick Police Department

(7) Lt. Gary Parsons, Natick Fire Department, 22 East Central Street, Natick, MA

(8) Nick Ferri, 10 Village Green Lane, #15, Natick, MA

(9) Firefighter Joseph Slattery, Natick Fire Department, 22 East Central Street, Natick, MA

(10) Firefighter Doug Fuller, Natick Fire Department, 22 East Central Street, Natick, MA

(11) Firefighter Tom Topham, Natick Fire Department, 22 East Central Street, Natick, MA

(12) Keeper of Records, Natick Fire Department

(13) Keeper of Records, Wayland Police Department.

(14) Keeper of Records, Registry of Motor Vehicles;

(15) Keeper of Records, AAA;

(16) Keeper of Records, Amica Insurance records;

(17) Keeper of Records, Metro West

(18) Keeper of Records, Spaulding Rehabilitation

    Respectfully Submitted,
    Defendants,
    Town of Wayland Police Department, Robert Irving, and in his capacity of Chief of the Wayland Police Department Daniel Sauro,
    By Their Attorney,

    /s/ Jeremy I. Silverfine
    Jeremy Silverfine, BBO# 542779
    Leonard H. Kesten, BBO# 542042
    BRODY, HARDOON, PERKINS & KESTEN
    One Exeter Plaza, 12th Floor
    Boston, MA 02116
    (617) 880-7100

Dated: January 17, 2006