UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10581 NMG

YVETTE LOCKHART-BEMBERY, )
           Plaintiff )
VS. )
 )
TOWN OF WAYLAND POLICE DEPARTMENT, )
ROBERT IRVING, in his capacity as CHIEF OF THE )
WAYLAND POLICE DEPARTMENT and )
DANIEL SAURO )
           Defendants )

## DEFENDANTS' FIRST SUBMISSION FOR SUGGESTED SPECIAL VERDICT QUESTIONS FOR THE JURY

Now comes the Defendants in the above-entitled case and, file this request for Special Verdict Questions for the Jury:

### FEDERAL CIVIL RIGHTS CLAIM

v. Daniel Sauro:

Q.1. Did Sergeant Daniel Sauro violate Yvette Lockhart-Bembery's federal civil rights on February 6, 2002?

A.   Yes_____        No_____

### STATE CIVIL RIGHTS CLAIM

v. Daniel Sauro

Q.2. Did Sergeant Daniel Sauro violate Yvette Lockhart-Bembery's state civil rights by the use of threats, intimidation, or coercion on February 6, 2002?

A. YES_____   NO _____

### NEGLIGLENCE CLAIM

v. Daniel Sauro:

Q. 3. Did Sergeant Daniel Sauro, acting as a reasonable police officer under the circumstances, breach any duty of care owed to Yvette Lockhart-Bembery on February 6, 2002?

A. Yes_____    No_____

Q. 4. Was Sergeant Daniel Sauro the proximate cause of injuries sustained by Yvette Lockhart-Bembery?

A. Yes_____    No_____

Q. 5. Was the plaintiff Yvette Lockhart-Bembery the proximate cause of her own injuries?

A. Yes_____    No_____

Q. 6. What apportion do you find that the plaintiff Yvette Lockhart-Bembery and/or Daniel Sauro were negligent?

Yvette Lockhart-Bembery Percentage_____

Daniel Sauro Percentage_____

                                Respectfully submitted
                                The Defendants
                                By their attorneys,

                                /s/ Jeremy I. Silverfine
                                Jeremy I. Silverfine, BBO #542779
                                Leonard H. Kesten, BBO #542042
                                Brody, Hardoon, Perkins & Kesten, LLP
                                One Exeter Plaza
                                Boston, MA  02116
                                (617) 880-7100

Date: January 17, 2006