UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10581 NMG

YVETTE LOCKHART-BEMBERY, )
         Plaintiff )
VS. )
 )
TOWN OF WAYLAND POLICE DEPARTMENT, )
ROBERT IRVING, in his capacity as CHIEF OF THE )
WAYLAND POLICE DEPARTMENT and )
DANIEL SAURO )
         Defendants )

## DEFENDANTS' LIST OF EXHIBITS

Now come the defendants, Town of Wayland Police Department, Robert Irving, and Daniel Sauro, in the above-referenced matter and **in addition to the exhibits listed by the Plaintiff**, the defendants list the following exhibits for Trial:

1. Town of Wayland Police Department
   a. police reports;
   b. audiotape of emergency dispatch from 2/6/02

2. Town of Natick Police Department police reports;
   a. photographs from scene

3. Records of the plaintiff's driving history, Registry of Motor Vehicles;

4. Records from dispatch from AAA;

5. Records from Amica Insurance relative to the plaintiff's medical history;

6. Town of Natick Fire and EMS/Emergency Department records;

7. Photographs of the roadway;

8. Photographs of the scene;

9. Chaulk – videotape of re-enactment of scene;

10. The Wayland Fire Department Incident Reports;

11. Map of Scene;

12. Claim notice vs. homeowner of 433 Commonwealth Road, Wayland, MA;

13. Printout of weather conditions from weather on the ground for 2/6/02;

14. Records from Spaulding Rehabilitation Hospital for plaintiff;

15. Metrowest Medical Center records for plaintiff;

16. GMAC Financial Services records of plaintiff;

17. Lahey Clinic records for plaintiff;

18. A-Affordable Records of plaintiff;

19. UMAss Medical Center records of plaintiff;

20. Boston Medical Center records of plaintiff; and

21. Natick Ambulance records of plaintiff.

Respectfully Submitted,
Defendants,
Town of Wayland Police Department, Robert Irving, and in his capacity of Chief of the Wayland Police Department Daniel Sauro,
By Their Attorney,

/s/ Jeremy I. Silverfine
Jeremy Silverfine, BBO# 542779
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Dated: January 17, 2006