UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10581 NMG

YVETTE LOCKHART-BEMBERY, )
        Plaintiff )
VS. )
 )
TOWN OF WAYLAND POLICE DEPARTMENT, )
ROBERT IRVING, in his capacity as CHIEF OF THE )
WAYLAND POLICE DEPARTMENT and )
DANIEL SAURO )
        Defendants )

### AFFIDAVIT OF JEREMY SILVERFINE

I, Jeremy I. Silverfine, make the following statement under oath:

(1) The C.O.R.I. sought regarding the witnesses listed; Robert Bembery, Sr.; Robert Bembery, Jr.; and Mikala Bembery, will be used exclusively for witness impeachment and/or Trial strategy purposes related to this cause of action.

(2) The C.O.R.I. accessed through this grant will not be disclosed to unauthorized persons and/or in violation of Mass. General Laws, Chapter 6 § 167 et. seq. or 803 CMR 1.00 et seq..

Signed Under the Pains and Penalties of Perjury this 18th day of January 2006.

                            /s/ Jeremy I. Silverfine
                            Jeremy I. Silverfine