# EXHIBIT 2

b. I received physical therapy treatment from Susan Jones. I received physical therapy rehabilitation treatment from Dr. Darren Rosenberg. I received emergency medical care from Dr. Sheila Chapman and follow up car for my injuries from Dr. John Sledge.

c. Susan Jones, PT, diagnosed me with multiple body fractures, cervical strain and left ankle strain. Dr. Rosenberg diagnosed me with cervical and lumbar strain and chronic pain. Dr. Sledge diagnosed me with a left scapula fracture, right first rib fracture and cervical neck strain as well as left shoulder pain and parathesia to the fourth and fifth fingers.

d. I incurred medical bills in the amount of $217.00 from Boston University Medical Center. I incurred medical bills in the amount of $756.00 from the Town of Natick Ambulance. I incurred medical bills in the amount of $4,118.00 from UMass Memorial Medical Center. I incurred medical bills in the amount of $1,498.00 from Spaulding Rehabilitation Hospital.

7. If you have ever been arrested or charged or convicted of a crime in the United States, please state the nature of the offense, court in which you were charged, including date(s) or any conviction.

Answer: I have never been arrested or charged with a crime.

8. Please state the name and address of each and every person you believe to have discoverable knowledge regarding any of the facts, events, and allegations set forth in your Complaint, inscribe your understanding of the knowledge that each such person possesses.

Answer: I have provided all the names of persons with information regarding the Complaint in the Automatic Disclosure. Persons with relevant information whose names and identities I am aware of are Defendants Sgt Daniel and Police Chief Robert Irving and my medical providers who have information about my injuries and names and contact information are available within my medical records as well as family members who can testify regarding my injuries.

9. If you reported any details of this incident to anyone, please state the name and address to each person to whom you reported the occurrence.

Answer: Andrew M. Fischer, Esquire, 47 Winter Street, Boston, Massachusetts 02108. Anthony Tarricone, Esquire, 95 Commercial Wharf, Boston, Massachusetts 02110. John J. Tarpey, Esquire, 200 Lincoln Street, Boston, Massachusetts. I also spoke to family members including my daughter Mikala Bembry and my exhusband Robert D. Bembry Sr. when they came to see me after my admission to the hospital.

10. Please state the full name and address of each and every person who you intend to call as an expert witness at trial including the subject matter on which each such expert is expected to testify and the substance of the facts and opinions to which each such expert is expected to testify.