# EXHIBIT 3

```
***** ***** ***** *****  ADULT APPEARANCES  ***** ***** ***** *****

ARRAIGNMENT: (001)
   ARG-DATE: 02/04/99 PD:    FRA COURT: FRAMINGHAM DISTRICT       DKT#:    9849CR03799B
   OFF:  OPERATING AFTER REVOKE REG                               114C-REV
   DISP: CC SS 4/5/99 PD                                          STATUS: C    WPD:


ARRAIGNMENT: (002)
   ARG-DATE: 02/04/99 PD:    FRA COURT: FRAMINGHAM DISTRICT       DKT#:    9849CR03799C
   OFF:  COMPULSORY INSURANCE VIOLATION                           118A
   DISP: CC SS 4/5/99 PD                                          STATUS: C    WPD:


ARRAIGNMENT: (003)
   ARG-DATE: 02/25/92 PD:        COURT: FRAMINGHAM DISTRICT       DKT#:    9249CR571A
   OFF:  FORGERY                                                  FORG
   DISP: C 3/17/92 CWOF 9/17/92 DISM                              STATUS: C    WPD:


ARRAIGNMENT: (004)
   ARG-DATE: 10/15/91 PD:        COURT: FRAMINGHAM DISTRICT       DKT#:    9149CR4489A
   OFF:  LARCENY BY CHECK                                         LAR CK
   DISP: DF 2/25/92 D/R C 3/17/92 REST 3/24/92 PD DISM            STATUS: C    WPD:


ARRAIGNMENT: (005)
   ARG-DATE: 10/15/91 PD:        COURT: FRAMINGHAM DISTRICT       DKT#:    9149CR4489B
   OFF:  LARCENY BY CHECK                                         LAR CK
   DISP: DF 2/25/92 D/R C 3/17/92 REST 3/24/92 PD DISM            STATUS: C    WPD:


ARRAIGNMENT: (006)
   ARG-DATE: 03/26/87 PD: PVT    COURT: NATICK DISTRICT           DKT#:    8787CR266A
   OFF:  LARCENY BY CHECK                                         LAR CK
   DISP: WAR WAR/WD 7/26/94 C 9/1/94 DISM CC REST PD              STATUS: C    WPD:


ARRAIGNMENT: (007)
   ARG-DATE: 06/01/78 PD:        COURT: NATICK DISTRICT           DKT#:         71678
   OFF:  LARCENY BY CHECK                                         LAR CK
   DISP: C 1/18/83 REST PD DISM                                   STATUS: C    WPD:
```

```
****************************************************************************
*                                                                          *
*              ******* WARNING ******** WARNING ********                   *
*                                                                          *
*     THIS INFORMATION IS CORI.  IT IS NOT SUPPORTED BY FINGERPRINTS.      *
*PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH*
*OF THE PERSON REQUESTED.                                                  *
*                                                                          *
****************************************************************************

              **********   COMMONWEALTH OF MASSACHUSETTS   **********
                           CRIMINAL HISTORY SYSTEMS BOARD

                          *** PERSONS COURT SUMMARY ***

NAM: LOCKHART, YVETTE              FORMAL-NAM: YVETTE           PCF: 00001666958
DOB: 12/27/46   SEX: F   RAC:      POB: ALABAMA                 SSN: 012360588
MOM:                     POP:              HGT:    WGT:    HAI:      EYE:
ADDRESS: 11 SCOTT DRIVE FRAMINGHAM MA




***** ***** ***** ***** ADULT APPEARANCES ***** ***** ***** *****

ARRAIGNMENT: (001)
  ARG-DATE: 02/04/99 PD: FRA COURT: FRAMINGHAM DISTRICT    DKT#:    9849CR03799B
  OFF:  OPERATING AFTER REVOKE REG                         114C-REV
  DISP: CC SS 4/5/99 PD                                    STATUS: C    WPD:
```