# EXHIBIT 4

| DOCKET | 9249 CR 571A | ATTORNEY NAME: J COSMOS |
|---|---|---|
| COURT DIVISION: Framingham | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | ☐ Waived  ☐ Retained  ☑ Assigned |

**Defendant:** Yvette Lockhart-Bembery
724 Water Street
Framingham, MA 01701

**TERMS OF RELEASE:** PR MVDA EET WAIVD

| DATE | PROCEEDING |
|---|---|
| FEB 25 1992 | ☑ Arraigned before J. CAMPER |
| | ☑ Advised of right to counsel |
| | ☐ Advised of right to drug exam |
| | ☐ Advised of right to bail review |
| FEB 25 1992 / MAR 17 1992 | ☑ Advised of right to F.I. Jury Trial |
| | ☑ Waives  ☐ Requests F.I. Jury Trial |
| | ☐ Warrant issued  ☐ Default warrant issued |
| | ☐ Default removed  ☐ Warrant recalled |
| | ☐ Warrant issued  ☐ Default warrant issued |
| | ☐ Default removed  ☐ Warrant recalled |

**DEF. DOB:** (blank)
**OFFENSE CODE(S):** 338
**DATE OF OFFENSE:** 9/30/91
**PLACE OF OFFENSE:** Framingham
**COMPLAINANT:** Robert D. Bembery
**POLICE DEPARTMENT:** Framingham
**DATE OF COMPLAINT:** 2/3/92
**RETURN DATE AND TIME:** 2/25/92 at 9:00 a.m.
**SUMMONS:** CH276-S25

---

**COUNT-OFFENSE:** A. FORGERY C267 S1

| FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|
| | | | |

**DATE:** 2-25-92 / MAR 17 1992
**PLEA:** ☑ Not Guilty  ☐ Guilty  ☐ Nolo
☐ New Plea:  ☑ Admits suff. facts
**FINDING:** (blank)  **JUDGE:** Bakas

**MAR 17 1992**  ☑ Cont. w/o finding until: 9-17-92
☐ Appeal of find. & disp.  ☐ Appeal of disp.

**IMPRISONMENT AND OTHER DISPOSITION:** (blank)

**FINAL DISPOSITION:** SEP 17 1992
☐ Discharged from probation
☑ Dismissed at request of probation

---

(Additional COUNT-OFFENSE rows blank)

---

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | DATE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| 3-17-92 | PT | | | MAR 17 1992 | 33 92-141 | 302 | |
| 9-17-92 | Probation | | | | | | |
| Dismissed SEP 17 1992 | | | | | | | |

DC-CR-1 (1/84)  SEE REVERSE SIDE FOR DOCKET ENTRIES OF MOTIONS, CASE NOTES AND OTHER ACTIONS

*True Copy Attest, Assistant Clerk* (stamp)

| CRIMINAL COMPLAINT | DOCKET NUMBER 9249 CR 571A | Trial Court of Massachusetts District Court Department |
|---|---|---|
| COURT DIVISION Framingham | NAME, ADDRESS AND ZIP CODE OF DEFENDANT Yvette Lockhart-Bembery 724 Water Street Framingham, MA 01701 | TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT: The within named and undersigned complainant, on behalf of the Commonwealth, on oath, complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below. |

| DEF. DOB | OFFENSE CODE(S) 338 |
|---|---|
| DATE OF OFFENSE 9/30/91 | PLACE OF OFFENSE Framingham |
| COMPLAINANT Robert D. Bembery | POLICE DEPARTMENT Framingham |
| DATE OF COMPLAINT 2/3/92 | RETURN DATE AND TIME 2/25/92 at 9:00 a.m. |

COUNT-OFFENSE
A. FORGERY C267 S1

with intent to injure and defraud, did, on September 30, 1991, forge a certain instrument purporting to be a motor vehicle documents, in violation of G.L. c.267, s.1.

COUNT-OFFENSE

COUNT-OFFENSE

COUNT-OFFENSE

*A True Copy Attest Assistant Clerk*

| COMPLAINANT OR AUTHORIZED OFFICER X Robert Bembery | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK X Anthony M Colonna | ON (DATE) 1-28-92 | ADDITIONAL COUNTS ATTACHED ☐ |
|---|---|---|---|
| FIRST JUSTICE Robert C. Campion | | COURT ADDRESS Framingham District Court 600 Concord Street--P.O. Box 828 Framingham, MA 01701 | |
| A TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | ma |

| DOCKET | DOCKET NUMBER 87 87 CR 266 | ATTORNEY NAME ☐ Waived ☐ Retained ☐ Assigned | |
|---|---|---|---|
| COURT DIVISION Natick | NAME, ADDRESS AND ZIP CODE OF DEFENDANT Yvette Lockhart-Bembery 14 Saybrook Rd Framingham, Ma. 01701 | TERMS OF RELEASE | |
| | | DATE | PROCEEDING |
| | | 7/26/94 | ☒ Arraigned before J. Viola ☒ Advised of right to counsel ☐ Advised of right to drug exam ☐ Advised of right to bail review ☒ Advised of right to F.I. Jury Trial ☐ Waives ☐ Requests F.I. Jury Trial |
| DEF. DOB 2/27/46 | OFFENSE CODE(S) 323 | 3/26/87 | ☒ Warrant issued ☐ Default warrant issued ☐ Default removed ☐ Warrant recalled ☒ Warrant issued ☐ Default warrant issued |
| DATE OF OFFENSE 12/24/86 | PLACE OF OFFENSE Sears & Robuck co; Natick, Ma | | |
| COMPLAINANT Marlene Macleod | POLICE DEPARTMENT Natick | | |
| DATE OF COMPLAINT 3/2/87 | RETURN DATE AND TIME 3/26/87 9:00 A.M. | 7/26/94 | ☒ Default removed ☐ Warrant recalled |

| COUNT-OFFENSE A. LARCENY BY CHECK C266 S37 | | FINE | SURFINE | COSTS 50 | TOTAL DUE 50- |
|---|---|---|---|---|---|
| DATE | PLEA: ☒ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☒ Admits suff. facts | IMPRISONMENT AND OTHER DISPOSITION | | | |
| 9/1/94 | FINDING Dismissed   JUDGE Viola upon payment restitution + costs | 4357A000  09/16/94 COST    50.00 | | | |
| | ☐ Cont. w/o finding until: ☐ Appeal of find. & disp.   ☐ Appeal of disp. | FINAL DISPOSITION ☐ Discharged from probation ☐ Dismissed at request of probation | | DATE | |

| COUNT-OFFENSE | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| DATE | PLEA: ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts FINDING   JUDGE | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | ☐ Cont. w/o finding until: ☐ Appeal of find. & disp.   ☐ Appeal of disp. | FINAL DISPOSITION ☐ Discharged from probation ☐ Dismissed at request of probation | | DATE | |

| COUNT-OFFENSE | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| DATE | PLEA: ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts FINDING   JUDGE | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | ☐ Cont. w/o finding until: ☐ Appeal of find. & disp.   ☐ Appeal of disp. | FINAL DISPOSITION ☐ Discharged from probation ☐ Dismissed at request of probation | | DATE | |

| COUNT-OFFENSE | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| DATE | PLEA: ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts FINDING   JUDGE | IMPRISONMENT AND OTHER DISPOSITION TRUE COPY ATTEST: ass't _____ Bermingham CLERK-MAGISTRATE NATICK DIVISION | | | |
| | ☐ Cont. w/o finding until: ☐ Appeal of find. & disp.   ☐ Appeal of disp. | FINAL DISPOSITION ☐ Discharged from probation ☐ Dismissed at request of probation | | DATE | |

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | DATE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| N.S. | | | | | | | |
| 9/1/94 | PTC | | | | | | |

| DOCKET | 9149 CR 4489A-B | | |
|---|---|---|---|
| COURT DIVISION Framingham | NAME, ADDRESS AND ZIP CODE OF DEFENDANT Yvette Lockhart-Bembery 2 Tompkins Lane Framingham, MA 01701 | ☐ Waived ☐ Retained ☑ Assigned | 2 COSMOS |
| | | TERMS OF RELEASE PR | |

| | | DATE | PROCEEDING |
|---|---|---|---|
| DEF. DOB 12/27/46 | OFFENSE CODE(S) 323(2) | FEB 25 1992 | ☑ Arraigned before J. CANON ☑ Advised of right to counsel ☐ Advised of right to drug exam |
| DATE OF OFFENSE 3/29/91, 3/20/91 | PLACE OF OFFENSE Ashland | FEB 25 1992 | ☑ Advised of right to bail review ☑ Advised of right to F.I. Jury Trial |
| COMPLAINANT Carol E. Kelsey | POLICE DEPARTMENT Ashland | ISSUED OCT 28 1991 | ☐ Waives ☐ Requests F.I. Jury Trial ☐ Warrant issued ☐ Default warrant issued ☐ Default removed ☐ Warrant recalled |
| DATE OF COMPLAINT 10/1/91 | RETURN DATE AND TIME 10/15/91 at 9:00 a.m. | SUMMONS CH276-S25 | ☐ Warrant issued ☐ Default warrant issued ☐ Default removed ☐ Warrant recalled |

| COUNT-OFFENSE A. LARCENY BY CHECK C266 S37 | | | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| DATE FEB 25 1992 MAR 17 1992 | PLEA ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts | | | IMPRISONMENT AND OTHER DISPOSITION Upon Pay of rest Rest $161.37 due 3-24-92 | | | |
| | FINDING Dismiss | JUDGE Behus | | | | | |
| | ☐ Cont. w/o finding until: | | | FINAL DISPOSITION ☐ Discharged from probation ☐ Dismissed at request of probation | | DATE | |
| | ☐ Appeal of find. & disp. ☐ Appeal of disp. | | | | | | |

| COUNT-OFFENSE B. LARCENY BY CHECK C266 S37 | | | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|---|---|
| DATE FEB 25 1992 MAR 17 1992 | PLEA ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts | | | IMPRISONMENT AND OTHER DISPOSITION | | | |
| | FINDING Dismiss | JUDGE Behus | | | | | |
| | ☐ Cont. w/o finding until: | | | FINAL DISPOSITION ☐ Discharged from probation ☐ Dismissed at request of probation | | DATE | |
| | ☐ Appeal of find. & disp. ☐ Appeal of disp. | | | | | | |

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | DATE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| DEFAULT WARRANT 3-17-92 3-24-92 (Pay of rest) MAR 24 1992 | OCT 15 1991 | | | | | | |

A True Copy Attest
Assistant Clerk

DC-CR-1 (1/84)   ☐ SEE REVERSE SIDE FOR DOCKET ENTRIES OF MOTIONS, CASE NOTES AND OTHER ACTIONS

| | | |
|---|---|---|
| CRIMINAL COMPLAINT | 9149 CR 4489A-B | **Trial Court of Massachusetts** <br> **District Court Department** |
| COURT DIVISION <br> Framingham | NAME, ADDRESS, AND ZIP CODE OF DEFENDANT <br> Yvette Lockhart-Bembery <br> 2 Tompkins Lane <br> Framingham, MA 01701 | TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT: <br> The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below. |
| DEF. DOB <br> 12/27/46 | OFFENSE CODE(S) <br> 323(2) | |
| DATE OF OFFENSE <br> 3/29/91, 3/30/91 | PLACE OF OFFENSE <br> Ashland | |
| COMPLAINANT <br> Carol E. Kelsey | POLICE DEPARTMENT <br> Ashland | |
| DATE OF COMPLAINT <br> 10/1/91 | RETURN DATE AND TIME <br> 10/15/91 at 9:00 a.m. | |

**COUNT-OFFENSE**

**A. LARCENY BY CHECK C266 S37**

did, on March 29, 1991, with intent to defraud, make, draw, utter or deliver a check, draft or order for the payment of money upon a bank or other depository, to wit: Framingham Savings Bank, with knowledge that the maker or drawer had not sufficient funds or credit at said bank or depository for the payment of said instrument, and did obtain money, goods or services thereby, valued at $50.00, in violation of G.L. c.266, s.37.

**COUNT-OFFENSE**

**B. LARCENY BY CHECK C266 S37**

did, on March 30, 1991, with intent to defraud, make, draw, utter or deliver a check, draft or order for the payment of money upon a bank or other depository, to wit: Framingham Savings Bank, with knowledge that the maker or drawer had not sufficient funds or credit at said bank or depository for the payment of said instrument, and did obtain money, goods or services thereby, valued at $81.37, in violation of G.L. c.266, s.37.
Additional Fees Or Costs: Bank Fees $30.00, Total Due: $161.37

**COUNT-OFFENSE**

**COUNT-OFFENSE**

| COMPLAINANT OR AUTHORIZED OFFICER <br> X *Carol Kelsey* | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK <br> X *Eleanor M. Williams* | ON (DATE) <br> 9-10-91 | ADDITIONAL COUNTS ATTACHED ☐ |
|---|---|---|---|
| A TRUE COPY ATTEST: X | FIRST JUSTICE <br> Robert C. Campion <br> CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | COURT ADDRESS <br> Framingham District Court <br> 600 Concord Street--P.O. Box 828 <br> Framingham, MA 01701 |

*Copy Attest Assistant Clerk*

Commonwealth of Massachusetts
Page 1
District Court Department of the Trial Court
Framingham Division

ANTHONY M. COLONNA, Clerk-Magistrate          ROBERT C. CAMPION, First Justice
ELEANOR M. WILLIAMS, 1st Asst. Clerk          ROBERT V. GRECO, Justice

## Rights Sheet

| | | | |
|---|---|---|---|
| Docket No | : 98-CR-03799 A - C | Process | : SUMMONS |
| Applic. Date | : 12/29/1998 | Place of off: | FRAMINGHAM |
| Offense Date | : 12/02/98 JP | Diary Date | : 02/04/1999 9:00 AM |

Complainant                                   Defendant

Name    : STEVEN TRASK                        YVETTE LOCKHART-BEMBERY

| DATE | PROCEEDINGS |
|---|---|
| FEB 5 1999 | [✓] Arraigned before Justice: Greco |
| FEB 5 1999 | [ ] Advised of right to counsel: |
| | [✓] WAIVED   [ ] RETAINED   [ ] ASSIGNED |
| | [ ] Advised of right to drug exam: |
| | [ ] Advised of right to 1st Instance Jury Trial: |
| | [ ] WAIVED   [ ] REQUESTS 1st Instance Jury Trial |
| | [ ] Warrant Issued      [ ] Default Warrant Issued |
| | [ ] Default Removed     [ ] Warrant Recalled |
| | [ ] Warrant Issued      [ ] Default Warrant Issued |
| | [ ] Default Removed     [ ] Warrant Recalled |
| | [ ] Warrant Issued      [ ] Default Warrant Issued |
| | [ ] Default Removed     [ ] Warrant Recalled WMS ISSUED [✓] FEB -4 1999 |
| | TERMS OF RELEASE - Advised of right to bail review RECALL [✓] FEB -5 1999 |
| NOTICE TO REGISTRY | |
| FEB 08 1999 | |

| Cont. to | Purpose | Cont. to | Purpose | Cont. to | Purpose |
|---|---|---|---|---|---|
| FEB 4 1999 | Merit Order | | | | |
| 4-5-99 | pay | | | | |
| APR 5 1999 | Pmnt Costs Pd | | | | |

DATE:    DOCKET ENTRIES:

A True Copy Attest
Assistant Clerk

Docket No. : 98-CR-0371 A C                                    Page 2

### A. ALLOWING A MV TO REMAIN UNATTENDED C90 C13

| DATE | PLEA | FINE | SURFINE | COSTS | VWF | TOTAL |
|---|---|---|---|---|---|---|
| FEB 5 1999 | [ ] Not Guilty  [ ] Guilty<br>[ ] Nolo  [ ] New Plea<br>[ ] Admits suff. facts<br>FINDING: Dismiss  JUDGE: Greco, J<br>[ ] Cont. w/o finding until ___/___/___<br>[ ] Appeal of find. & disp.<br>[ ] Appeal of disp. | | | | | |
| | DISPOSITION | | SUSP. | | | |
| | FINAL DISPOSITION DATE<br>[ ] Discharged From Probation<br>[ ] Dismissed at Prob. request | | | | | |

### B. OP. AFTER REVOCATION OF REGISTRATION C90 S23

| DATE | PLEA | FINE | SURFINE | COSTS | VWF | TOTAL |
|---|---|---|---|---|---|---|
| FEB 5 1999 | [ ] Not Guilty  [ ] Guilty<br>[ ] Nolo  [ ] New Plea<br>[ ] Admits suff. facts<br>FINDING: Dismiss  JUDGE: Greco, J<br>[ ] Cont. w/o finding until ___/___/___<br>[ ] Appeal of find. & disp.<br>[ ] Appeal of disp. | | | 100 | | 100 |
| | DISPOSITION | | SUSP. 4-5-99 | | | |
| | FINAL DISPOSITION DATE<br>[ ] Discharged From Probation<br>[ ] Dismissed at Prob. request | | | | | |

### C. UNINSURED MOTOR VEHICLE C90 S34J

| DATE | PLEA | FINE | SURFINE | COSTS | VWF | TOTAL |
|---|---|---|---|---|---|---|
| FEB 5 1999 | [ ] Not Guilty  [ ] Guilty<br>[ ] Nolo  [ ] New Plea<br>[ ] Admits suff. facts<br>FINDING: Dismiss  JUDGE: Greco, J<br>[ ] Cont. w/o finding until ___/___/___<br>[ ] Appeal of find. & disp.<br>[ ] Appeal of disp. | | | 200 | | 200 |
| | DISPOSITION | | SUSP. 4-5-99 | | | |
| | FINAL DISPOSITION DATE<br>[ ] Discharged From Probation<br>[ ] Dismissed at Prob. request | | | | | |

*True Copy Attest / Assistant Clerk* (stamp)

| Date | Tape # | Start | Stop | Date | Tape # | Start | Stop |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| CRIMINAL COMPLAINT | | 9049-CR-03729 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| COURT DIVISION Framingham | PAGE OF 1 | NAME, ADDRESS AND ZIP CODE OF DEFENDANT YVETTE LOCKHART-BEMBERY 87 GEORGETOWN DRIVE #3 FRAMINGHAM, MA 01702 | TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT: The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below. |
| DEFT. DOB AND SEX 12/27/1946 | OFFENSE CODE(S) 155, 117B, 124 | | |
| DATE OF OFFENSE(S) 12/02/98  JP | PLACE OF OFFENSE(S) FRAMINGHAM | | |
| COMPLAINANT STEVEN TRASK | POLICE DEPARTMENT (if applicable) FRAMINGHAM | | |
| DATE OF COMPLAINT 12/29/1998 | RETURN DATE AND TIME SUMMONS 02/04/1999 9:00 AM | | |

COUNT-OFFENSES

A. ALLOWING A MV TO REMAIN UNATTENDED C90 C13    90/13/A

NOTE: THIS IS A CIVIL MV INFRACTION, SET FORTH HERE FOR PROCEDURAL PURPOSES ONLY

while having control or being in charge of a motor vehicle, did allow said vehicle to stand in a way, as defined in G.L. c.90, s.1 and remain unattended without stopping the engine of said vehicle, effectively setting the brakes thereof or making it fast, and locking and removing the key from the locking device and from the vehicle, in violation of G.L. c.90, s.13.

B. OP. AFTER REVOCATION OF REGISTRATION C90 S23    90/23/A

did operate or cause or permit another person to operate a motor vehicle after the certificate of registration for said vehicle has been revoked, and prior to the restoration of such registration or to the issuance of a new certificate of registration for said vehicle, in violation of G.L. c.90, s.23.

C. UNINSURED MOTOR VEHICLE C90 S34J    90/34J

did operate, or permit to be operated, or permit to remain, on a public or private way a motor vehicle or trailer that was subject to the provisions of G.L. c.90, s.1A during such time as the motor vehicle liability policy or bond or deposit required by G.L. c.90 had not been provided and maintained in accordance therewith, in violation of G.L. c.90, s.34J.

| COMPLAINANT X [signature] | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK X [signature] Anthony M Colonna | ON (DATE) 12-30-98 | ☐ ADDITIONAL COUNTS ATTACHED |
|---|---|---|---|
| FIRST JUSTICE ROBERT C. CAMPION | | COURT ADDRESS Framingham District Court 600 Concord Street, P.O. Box 928 Framingham, MA 01701 | |
| A TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | |

DC-CR 1 (12/95) cont. (8/96)