UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
YVETTE LOCKHART-BEMBERY,              *
                                      *
         Plaintiff                    *
                                      *
v.                                    *
                                      *  C.A. NO. 04-10581-NMG
TOWN OF WAYLAND POLICE DEPARTMENT,    *
ROBERT IRVING, in his capacity as CHIEF OF *
THE WAYLAND POLICE DEPARTMENT and     *
DANIEL SAURO,                         *
                                      *
         Defendants                   *
*********************************
```

## VERDICT FORM

1. Was defendant Sauro negligent in ordering the plaintiff to push her car?

    Yes____                                No____

2. Did defendant Sauro willfully violate the plaintiff's civil rights by ordering the plaintiff to push her car?

    Yes____                                No____

3. If you answered yes to either question 1 or question 2, then what is the amount of Plaintiff Lockhart Bembery's damages in dollars, in dollars?

    $_____(in numbers)

    _____dollars (in words)

4. Was defendant Sauro's conduct intentional, willful, wanton or malicious?

    Yes____                                No____

5. If you answered yes to question 4, then what amount do you award plaintiff Lockheart-Bembury in punitive damages?

$_____(in numbers)

_____dollars (in words)

Plaintiff by counsel,

Date: 1/25/06

/s/ Andrew M. Fischer
Andrew M. Fischer
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
BB0# 167040
afischer@jasonandfischer.com

lockhart\verdict form