UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************

YVETTE LOCKHART-BEMBERY,

    Plaintiff

v.

**C.A. NO. 04-10581-NMG**

TOWN OF WAYLAND POLICE DEPARTMENT,
ROBERT IRVING, in his capacity as CHIEF OF
THE WAYLAND POLICE DEPARTMENT and
DANIEL SAURO,

    Defendants

*********************************************

## WITNESS LIST

1. The Plaintiff, Yvette Lockhart Bembery, of Framingham, Massachusetts

2. Defendant Daniel Sauro

3. Mikala Bembery, of Framingham, Massachusetts

4. Robert Bembery, of Boston, Massachusetts

5. Victoria Woodard, of Framingham, Massachusetts

6. Darlene MacDaniel of Framingham, Massachusetts

                                    Plaintiff by counsel,

Date: 1/25/06

/s/ Andrew M. Fischer
Andrew M. Fischer
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
BB0# 167040
afischer@jasonandfischer.com

lockhart\witneslist.wpd