UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************************************
YVETTE LOCKHART-BEMBERY,              *
                                      *
            Plaintiff                 *
                                      *
v.                                    *
                                      * C.A. NO. 04-10581-NMG
TOWN OF WAYLAND POLICE DEPARTMENT,    *
ROBERT IRVING, in his capacity as CHIEF OF *
THE WAYLAND POLICE DEPARTMENT and     *
DANIEL SAURO,                         *
                                      *
            Defendants                *
*******************************************
```

# Exhibits

1. Medical Records from UMASS Memorial Medical Center

2. Medical Records from Boston Medical Center

3. Medical Records from Spaulding Rehabilitation Hospital Network

4. Medical Records from Metrowest Medical Center

5. Medical Records from Dr. Natalia Rosenburg (referral slip)

6. Medical Bills from UMASS Memorial Medical Center in the amount of $ 4,118.00, dated February 15, 2002.

7. Medical bills from Boston Medical Center in the amount of $217.00, dated from February 15, 2002.

8. Medical Bills from Spaulding Rehabilitation Center in the amount of $109.00, dated March 28, 2003.

9. Medical Bills from Spaulding Rehabilitation Center in the amount of $751.00, dated April 21, 2003.

10. Medical Bills from Spaulding Rehabilitation Center in the amount of $674.00, dated April 21-April 30, 2003.

11. Medical Bills from Spaulding Rehabilitation Center in the amount of $73.00, dated June 9, 2003.

12. Medical Bills from Metro West Medical Center in the amount of $188.00, dated March 26, 2002.

13. Medical Bills from Town of Natick in the amount of $756.00, dated February 20, 2002.

14. PIP application

15. Video (from channel 5)

16. Photograph of plaintiff's facial injury

17. Photograph of plaintiff's back injuries

18. Photograph of the scene

19. Photograph of the scene

20. Photograph of the scene

21, Photograph of the scene

22. Photograph of the scene

23. Photograph of the scene

24. Photograph of the scene

25. Photograph of the scene

26. Photograph of the scene

27. Photograph of the scene

28. Turret Tape labeled I0200640 / DMV / MVA / 02/06/02

29. Transcription of Turret Tape labeled I0200640 / DMV / MVA / 02/06/02

30. Unmarked Natick Police Turret Tape

31. Transcription of Unmarked Natick Police Turret Tape

|  |  |
|---|---|
|  | Plaintiff by counsel, |
| Date: <u>1/25/06</u> | /s/ Andrew M. Fischer<br>Andrew M. Fischer<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904<br>BB0# 167040<br>afischer@jasonandfischer.com |

lockhart\