UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************************************
YVETTE LOCKHART-BEMBERY,                  *
                                          *
           Plaintiff                      *
                                          *
v.                                        *
                                          * C.A. NO. 04-10581-NMG
TOWN OF WAYLAND POLICE DEPARTMENT,        *
ROBERT IRVING, in his capacity as CHIEF OF*
THE WAYLAND POLICE DEPARTMENT and         *
DANIEL SAURO,                             *
                                          *
           Defendants                     *
*******************************************
```

## MOTION FOR DIRECTED VERDICT

Now comes the plaintiff and moves this Honorable Court direct a verdict for the plaintiff, for even viewing all evidence in a light most favorable to the defendants, the evidence supports plaintiff's claims that the defendants were negligent and that defendant Sauro placed the plaintiff in danger through his conduct, by telling the plaintiff to push her car, knowing that it was not safe for her to do so.

Date: 2/1/06

Plaintiff by counsel,

Andrew M. Fischer
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
BB0# 167040