AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Yvette Lockhart-Bembery

V.

Town of Wayland, et al.,

### EXHIBIT AND WITNESS LIST

Case Number:  04-10581

| PRESIDING JUDGE Nathaniel M. Gorton | | | | | PLAINTIFF'S ATTORNEY Fischer | DEFENDANT'S ATTORNEY Silverfine |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 1/30/06-all | | | | | COURT REPORTER Dahlstrom | COURTROOM DEPUTY Nicewicz |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1-6 | | | x | x | 6 photographs by Natick Police | |
| | 7-11 | | x | x | 5 photographs Rt. 30 | |
| | 12.16 | | x | x | 5 photographs eastbound | |
| | 17 | 1/31 | x | x | blow up of Masspike/Rt. 30 scene | |
| | 18 | | x | x | Cassette of 911 tape | |
| | A | | x | | Video re-enactment | |
| 19 | | | x | x | Incident report 2/6/02 | |
| 20 | | | x | x | Sketch by Sauro | |
| 21 | | | x | x | Photo - head shot | |
| 22 | | | x | x | Photo- torso shot | |
| 23 | | | x | x | Umass Med vac records | |
| 24 | | | x | x | Boston Med follow up | |
| 25 | | | x | x | Spaulding rehab | |
| 26 | | | x | x | Metrowest records | |
| 27 | | | x | x | Referral by Dr. Rosenberg | |
| 28 | | | x | x | Bill Umass Med | |
| 29 | | | x | x | Bill Umass Radiology | |
| 30 | | | x | x | Bill Spaulding #1 | |
| 31 | | | x | x | Bill Spaulding #2 | |
| 32 | | | x | x | Bill Spaulding #3 | |
| 33 | | | x | x | Bill Spaulding #4 | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

AO 187A (Rev. 7/87)        **EXHIBIT AND WITNESS LIST -- CONTINUATION**

| | | | | | Yvette Lockhart-Bembery vs. Town of Wayland — CASE NO. 04-10581 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 34 | | 1/31/06 | x | x | Bill Metrowest |
| 35 | | | x | x | Bill Town of Natick ambulance |
| | 26A | | x | x | Addition to Medical Records (exhibit 26) |
| 36 | | | x | x | Vioxx 10/22/01 prescription bottle |
| 37 | | | x | x | Autobody repair bill |
| 38 | | | x | x | Alternator repair bill |
| 39 | | | x | x | Video of accident scene |
| 40 | | 2/1/06 | x | x | Clothes |
| B | | | x | | 258 Demand |
| | 41 | | x | x | Affidavit of Authenticity |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |