CIVIL/CRIMINAL CASE NO: 04-10581-NMG

TITLE: Yvette Lockhart-Bembery     VS.     Town of Wayland, et al.,

## JURY PANEL

| | |
|---|---|
| 01. Virginia Hersey | 07. Erin Bates |
| 02. Joseph Abraham | 08. Melissa Smith |
| 03. Roseann Hunter | 09. Nia Jacobs |
| 04. Mary Roache | 10. Louise Sousa |
| 05. Michael Bolger | 11. |
| 06. Vicki Roy | 12. |
| ALT. #1 | ALT. #2 |
| ALT. #3 | ALT. #4 |

## WITNESSES

| PLAINTIFF/GOVT. | DEFENDANT |
|---|---|
| 01. Daniel Sauro | 01. Thomas Topham |
| 02. Yvette Lockhart-Bembery | 02. Eilleen Boyer |
| 03. Robert Bembery | 03. |
| 04. Carla Bembery | 04. |
| 05. Yvette Lockhart-Bembery | 05. |
| 06. | 06. |
| 07. | 07. |
| 08. | 08. |
| 09. | 09. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |

(jury&wit.lst - 09/92)