United States District Court
District of Massachusetts

```
_____
                                   )
YVETTE LOCKHART-BEMBERY,            )
                                   )
        Plaintiff,                  )
                                   )   Civil Action No.
        v.                          )   04-10581-NMG
                                   )
TOWN OF WAYLAND and                 )
DANIEL SAURO,                       )
                                   )
        Defendants.                 )
_____)
```

**Verdict Form**

1. Did the defendant, Daniel Sauro, intentionally or recklessly violate the civil rights of the plaintiff, Yvette Lockhart-Bembery, on February 6, 2002?

    Yes __X__    No _____

**[If you answer Question 1 "Yes", proceed to Question 2. If you answer Question 1 "No", proceed to Question 6.]**

2. Did the defendant, Daniel Sauro, intentionally or recklessly violate the civil rights of the plaintiff, Yvette Lockhart-Bembery, on February 6, 2002 through the use of threats, intimidation, or coercion?

    Yes _____    No __X__

3. Please state the amount of damages, if any, that you award to the plaintiff, Yvette Lockhart-Bembery, to compensate her for defendant's violation of her civil rights?

    ~~zero~~ one dollar (words)   Virginia Hersey
    $ ~~$0~~ $1.00 (numbers)   2-2-06

-1-

4.  Do you find that the defendant's behavior was outrageous and the result of malicious motive or reckless indifference?

    Yes _____    No __X__

**[If you answer Question 4 "Yes", proceed to Question 5.  If you answer Question 4 "No", proceed to Question 6.]**

5.  Please state the amount of punitive damages that you award to the plaintiff as a result of the defendant's outrageous conduct.

    _____N/a_____ (words)

    $ _____ (numbers)

6.  Did the actions of the defendant, Daniel Sauro, on February 6, 2002 constitute negligence with respect to the plaintiff, Yvette Lockhart-Bembery?

    Yes _____    No __X__

**[If you answer Question 6 "Yes", proceed to Question 7.  If you answer Question 6 "No", your deliberations are complete.]**

7.  Were the negligent actions of the defendant, Daniel Sauro, the proximate cause of the plaintiff's damages?

    Yes _____    No _____

**[If you answer Question 7 "Yes", proceed to Question 8.  If you answer Question 7 "No", your deliberations are complete.]**

8.  Please state the amount of damages, if any, that you award to the plaintiff, Yvette Lockhart-Bembery, to compensate her for defendant's negligence?

    _____ (words)

    $ _____ (numbers)

YOUR DELIBERATIONS ARE COMPLETE.  THE FOREPERSON WILL SIGN THE
VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING.

Dated: _2-2-06_   Jury Foreperson: _Virginia Hersey_

2-2-06

*/s/ Virginia Hersey*