We have a Verdict
- We are ready -

Foreperson:
Virginia Hersey

judge gorton:

we have a verdict.