UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
YVETTE LOCKHART-BEMBERY,   \*
                           \*
        Plaintiff          \*
                           \*
v.                         \*
                           \* C.A. NO. 04-10581-NMG
TOWN OF WAYLAND POLICE DEPARTMENT, \*
ROBERT IRVING, in his capacity as CHIEF OF  \*
THE WAYLAND POLICE DEPARTMENT and  \*
DANIEL SAURO,              \*
                           \*
        Defendants         \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

Plaintiff moves this court for the award of attorney's fees and costs from the defendant Daniel Sauro. As grounds for this motion, plaintiff states that he has prevailed in this case, as he has obtained a judgment against the defendant Daniel Sauro, and thus is a prevailing party. In support of this motion, plaintiff has prepared the enclosed memorandum and affidavits.

WHEREFORE, plaintiff moves that this court award attorney's fees and costs to the plaintiff from defendant Sauro.

Plaintiff by Counsel,

Date: February 16, 2006

/s/ Andrew M. Fischer
Andrew M. Fischer
JASON & FISCHER
47 Winter Street, 4th Floor
Boston, MA 02108
(617) 423-7904
BB0# 167040
afischer@jasonandfischer.com

Lockhart\mtnattyfee