UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************
YVETTE LOCKHART-BEMBERY,               *
                                       *
         Plaintiff                     *
                                       *
v.                                     *
                                       * C.A. NO. 04-10581-NMG
TOWN OF WAYLAND POLICE DEPARTMENT,     *
ROBERT IRVING, in his capacity as CHIEF OF  *
THE WAYLAND POLICE DEPARTMENT and      *
DANIEL SAURO,                          *
                                       *
         Defendants                    *
*********************************
```

### AFFIDAVIT OF CASSANDRA PETTWAY- JOHNSON

I, Cassandra Pettway-Johnson, do hereby affirm and attest as follows:

1. My name is Cassandra Pettway-Johnson and I am secretary and office manager for Andrew Fischer and the law firm of Jason and Fischer.

2. In the normal course of business, I prepare bills to clients for legal services rendered by Jason & Fischer.

3. I prepared the bill for legal services in this case, Exhibit A, attached hereto.  In preparing the bill for this case, I only listed on the fee petition the time for which there are contemporaneous time records.  There is often time that Mr. Fischer or others in the office work but forget to record on time sheets.  I do not know how much additional time was spent in addition to what I have recorded on the attached bill, but I have made no accommodation for any time worked that was not contemporaneously recorded on a time sheet.

4. All of the time listed on the bill for this case can be supported with back-up documentation, either in the form of handwritten time sheets or computer records documenting when work was performed or when particular work was performed.

5. I have also calculated the out of pocket expenses in this case to be as follows:

| | |
|---|---:|
| Complaint filing fee | $275.00 |
| 3 Summonses | 3.00 |
| Sheriff's fees to serve complaint on the Wayland Police, and individual defendants | 154.14 |
| Service of Subpoena on WCBV-TV and WHDH | 147.00 |
| Color copies | 3.15 |
| Court copies | .35 |
| Cab fare to deposition | 15.50 |
| Daniel Sauro deposition transcript | 565.75 |
| Lockhart-Bembery deposition transcript | 481.50 |
| American Investigative Services fee | 300.00 |
| Tape transcription fee | 99.00 |
| Robert Bembery deposition transcript | 355.88 |
| Travel expenses | 20.00 |
| Parking | 24.00 |
| Cab fare to court for trial | 22.00 |
| | $2,466.27 |

**SIGNED AND SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS 16th DAY OF FEBRUARY, 2006.**

/s/ Cassandra Pettway-Johnson
Cassandra Pettway-Johnson

lockhart\affcpj