UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************************************
YVETTE LOCKHART-BEMBERY,                   *
                                           *
       Plaintiff                           *
                                           *
v.                                         *
                                           * C.A. NO. 04-10581-NMG
TOWN OF WAYLAND POLICE DEPARTMENT,         *
ROBERT IRVING, in his capacity as CHIEF OF *
THE WAYLAND POLICE DEPARTMENT and          *
DANIEL SAURO,                              *
                                           *
       Defendants                          *
*******************************************
```

## AFFIDAVIT OF JOEL P. SUTTENBERG

I, Joel P. Suttenberg, do hereby affirm and attest as follows:

1. My name is Joel P. Suttenberg and I am an attorney practicing law before the state and federal courts in Massachusetts.

2. I was formerly an assistant attorney general in 1974-1975. Currently I practice in the areas of employment discrimination and civil rights law.

3. I am familiar with billing rates in the Boston, Framingham and eastern Massachusetts area and find that $275 an hour is a reasonable rate, certainly well within and perhaps somewhat below the mean for hourly rates charged by attorneys with comparable experience handling civil rights cases in the Federal Court.

4. I am familiar with Andrew Fischer and know that he has experience litigating a number of civil rights and police misconduct cases in the Federal Court and can attest that his hourly rate of $275 an hour is a reasonable rate for an attorney of his knowledge and experience.

Signed and sworn under the pains and penalties of perjury this 17th day of February, 2006

/s/ Joel P. Suttenberg
Joel P. Suttenberg

lockhart/affjps