UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| YVETTE LOCKHART-BEMBERY, | \* |
| | \* |
| Plaintiff | \* |
| | \* |
| v. | \* |
| | \* C.A. NO. 04-10581-PBS |
| TOWN OF WAYLAND POLICE DEPARTMENT, | \* |
| ROBERT IRVING, in his capacity as CHIEF OF | \* |
| THE WAYLAND POLICE DEPARTMENT and | \* |
| DANIEL SAURO, | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT OR, IN THE ALTERNATIVE, FOR A NEW TRIAL

Now comes the plaintiff and moves this Honorable Court extend the time for responding to the defendants' motion for summary judgment until Wednesday, March 15, 2006.

As reason Plaintiff states that her counsel presently serves as chair of the Civil Rights Section of the American Trial Lawyers Association [ATLA], and is presently at the ATLA annual convention in Hawaii, Saturday, February 18, through Wednesday, February 22. Counsel is not due to return until March 1, 2006.

Plaintiff further states that the defendants are not prejudiced in any way by this short extension of time and, in fact, have assented to this motion.

| | |
|---|---|
| Assented to, | Plaintiff by counsel, |
| Defendants by counsel | |
| | |
| /s/ Jeremy Silverfine | /s/Andrew M. Fischer |
| Jeremy Silverfine, BBO #542779 | Andrew M. Fischer |
| Leonard H. Kesten, BBO #542042 | JASON & FISCHER |
| Brody, Hardoon, Perkins & Kesten, LLP | 47 Winter Street |
| One Exeter Plaza | Boston, MA 02108 |
| Boston, MA 02116 | (617) 423-7904 |
| (617) 880-7100 | BB0# 167040 |
| jsilverfine@bhpklaw.com | afischer@jasonandfischer.com |
| Date: 2/21/06 | Date: 2/21/06 |

lockhart\moexttime2.wpd