UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10581 NMG

| | |
|---|---|
| YVETTE LOCKHART-BEMBERY, <br> Plaintiff <br> VS. <br><br> TOWN OF WAYLAND POLICE DEPARTMENT, <br> ROBERT IRVING, in his capacity as CHIEF OF THE <br> WAYLAND POLICE DEPARTMENT and <br> DANIEL SAURO <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ASSENTED TO MOTION FOR EXTENSION OF TIME FOR FILING DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND PLAINTIFF'S MOTION TO SET ASIDE THE VERDICT AS INCONSISTENT OR FOR A NEW TRIAL AS TO DAMAGES

Now come the Defendants and move this Honorable Court to extend the time for filing their opposition to the Plaintiff's Motion For Attorney's Fees and the Plaintiff's Motion To Set Aside the Verdict As Inconsistent, Or For A New Trial As To Damages, originally due on March 2, 2006, to March 15, 2006.

In support thereof, the Defendants state that their counsel is scheduled to be out of the state on a family vacation until February 27, 2006, and therefore requires additional time to prepare the Defendants' opposition to the Plaintiff's Motions.

Respectfully Submitted,

The Defendants,
Town of Wayland Police Department,
Robert Irving, in his capacity as
Chief of the Wayland Police
Department and Daniel Sauro,
By their attorneys,


__/s/ Jeremy I. Silverfine__
Jeremy Silverfine, BBO #542779
Leonard H. Kesten, BBO #542042
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Assented To:

The Plaintiff
Yvette Lockhart-Bembery,
By Her Attorney,

__/s/ Jason Fischer__
Jason Fischer, BBO#167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904


Date:   2-21-06