UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Yvette Lockhart-Bembery,
         Plaintiff(s)

v.                       CIVIL ACTION NO. 04-10581-NMG

Town of Wayland, et al.,
         Defendant(s)

### JUDGMENT IN A CIVIL CASE

Gorton, D.J.

**X**    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of the plaintiff, Yvette Lockhart-Bembery as against the defendant Daniel Sauro, in the amount of one dollar, on the claims of intentional and reckless violation of plaintiff's civil rights. As to the claims of intentional or reckless violation of the plaintiff's civil rights through the use of threats, intimidation or coercion, judgment is entered in favor of the defendant, Daniel Sauro.

                                                SARAH A. THORNTON,
                                                CLERK OF COURT

Dated: 2/22/2006                          By /s/ Craig J. Nicewicz
                                                Deputy Clerk