UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**********************************************

YVETTE LOCKHART-BEMBERY,                    *
                                            *
                    Plaintiff               *
                                            *
v.                                          *
                                            * **C.A. NO. 04-10581-NMG**
                                            *
TOWN OF WAYLAND POLICE DEPARTMENT, *
ROBERT IRVING, in his capacity as CHIEF OF  *
THE WAYLAND POLICE  DEPARTMENT and          *
DANIEL SAURO,                               *
                                            *
                    Defendants              *

**********************************************

<u>NOTICE OF APPEAL</u>

Now comes the plaintiff and appeals from the judgment entered on February 22, 2006,

that the plaintiff's claims for emotional distress and punitive damages not be considered by the

jury and from the jury instructions regarding the Massachusetts Civil Rights Act.

Plaintiff by counsel,

Date: 2/22/06                               /s/ Andrew M. Fischer
                                            Andrew M. Fischer
                                            JASON & FISCHER
                                            47 Winter Street
                                            Boston, MA 02108
                                            (617) 423-7904
                                            BB0# 167040

lockhart\notappeal