*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USDC Docket Number : CA 04-10581-NMG

YVETTE LOCKHART-BEMBERY

v.

TOWN OF WAYLAND POLICE DEPARTMENT

**CLERK'S CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-12, 14-33, 36-45,47-55, 57-82

and contained in Volume(s)   1 AND 2 are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  February 22, 2006 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 25, 2006.

Sarah A Thornton, Clerk of Court

By:
Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:    _____

- 3/06