# United States Court of Appeals
## For the First Circuit

No. 06-1720

YVETTE LOCKHART-BEMBERY,

Plaintiff, Appellant,

v.

DANIEL SAURO,

Defendant, Appellee,

TOWN OF WAYLAND POLICE DEPARTMENT;
ROBERT IRVING, in his capacity as Chief of the Wayland
Police Department,

Defendants.

---

**ORDER OF COURT**

Entered: June 12, 2006
Pursuant to 1st Cir. R. 27(d)

This court has docketed plaintiff's appeal from the judgment entered on February 22, 2006 in CA No. 04-10581 (D. Mass.) as Appeal No. 06-1720. On February 16, 2006, defendant Daniel Sauro filed a motion pursuant to Fed. R. Civ. P. 50(b) and on February 17, 2006, the plaintiff filed a motion pursuant to Fed. R. Civ. P. 59(a) in the district court. Pursuant to Fed. R. App. P. 4 (a)(4)(A), the notice of appeal from the February 22, 2006 judgment does not become effective until the district court disposes of the post-judgment motions.

Therefore, appellant is directed to file a status report by **July 10, 2006** and at thirty day intervals thereafter, informing this court of any action taken by the district court on the post-judgment motions. Further, the appellant is directed to inform this court whether or not she intends to file a notice of appeal or amended notice of appeal from the district court's post-judgment order(s). See Fed. R. App. P. 4(a)(4)(B).

Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. Local Rule 3(b).

Once the district court rules on these motions, it is directed to forward its decision to this court forthwith.

By the Court:
Richard Cushing Donovan, Clerk

JULIE **GREGG**

By_____
Julie Gregg, Operations Manager

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: [signature]   Date: 6/12/06

[Certified Copies: Honorable Nathaniel M. Groton, Sarah A. Thornton, Clerk]

|cc: Andrew M. Fischer, Esq., Jeremy I. Silverfine, Esq., Leonard H. Keston, Esq.]