UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10581 NMG

| | |
|---|---|
| YVETTE LOCKHART-BEMBERY,<br>　　　　　　Plaintiff<br>VS.<br><br>TOWN OF WAYLAND POLICE DEPARTMENT,<br>ROBERT IRVING, in his capacity as CHIEF OF THE<br>WAYLAND POLICE DEPARTMENT and<br>DANIEL SAURO<br>　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that the defendant, Daniel Sauro, in the above-entitled matter hereby appeals to the United States Court of Appeals for the First Circuit from the Jury Verdict, the Judgment entered on February 22, 2006, the Memorandum and Order of July 11, 2006, denying Defendants' Motion for Judgment Notwithstanding the Verdict or, in the Alternative, for a New Trial, allowing Plaintiff's Motion for Attorney's Fees and Expenses, in part, and awarding plaintiff attorney's fees and costs and from any and all other orders and rulings that merged in the above.

　　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　　The Defendant, Daniel Sauro,
　　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　　　/s/ Leonard H. Kesten
　　　　　　　　　　　　　　　　　Leonard H. Kesten, BBO #542042
　　　　　　　　　　　　　　　　　Deidre Brennan Regan, BBO #552432
　　　　　　　　　　　　　　　　　Jeremy I. Silverfine, BBO #542779
　　　　　　　　　　　　　　　　　Brody, Hardoon, Perkins & Kesten, LLP
　　　　　　　　　　　　　　　　　One Exeter Plaza
　　　　　　　　　　　　　　　　　Boston, MA  02116
　　　　　　　　　　　　　　　　　(617) 880-7100

Date: August 9, 2006