UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| YVETTE LOCKHART-BEMBERY, | \* |
| | \* |
| Plaintiff | \* |
| | \* |
| v. | \* |
| | \* **C.A. NO. 04-10581-NMG** |
| TOWN OF WAYLAND POLICE DEPARTMENT, | \* |
| ROBERT IRVING, in his capacity as CHIEF OF | \* |
| THE WAYLAND POLICE DEPARTMENT and | \* |
| DANIEL SAURO, | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDED NOTICE OF APPEAL

Now comes the plaintiff and amends her notice of appeal to include an appeal from so much of the Memorandum and Order of July 11, 2006 as denies the plaintiff's motion for new trial and denies other relief sought by the plaintiff, including the full amount of her petition for attorneys fees, and further appeals from the District Court's July 31, 2006 denial of the plaintiff's motion for reconsideration with regards to her attorneys fees.

Plaintiff by counsel,

Date: August 16, 2006

/s/ Andrew M. Fischer
Andrew M. Fischer
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904
BB0# 167040

lockhart\anmndednotappeal