UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-10581

Yvette Lockhart-Bembery

v.

Town of Wayland Police Department, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-58-87, 92-96

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/9/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 17, 2006.

Sarah A Thornton, Clerk of Court

By: _Jeanette James_
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 8/28/06.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-2228

- 3/06