# United States Court of Appeals
## For the First Circuit

No. 06-1720, 06-2228

# MANDATE

YVETTE LOCKHART-BEMBERY,

Plaintiff, Appellant/Cross-Appellee,

v.

DANIEL SAURO,

Defendant, Appellee/Cross-Appellant,

TOWN OF WAYLAND POLICE DEPARTMENT; ROBERT IRVING, in his capacity as Chief of the Wayland Police Department,

Defendants.

---

### JUDGMENT

Entered: August 9, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment against defendant entered by the district court and the award of attorney's fees to plaintiff are reversed. Judgment shall enter for defendant Sauro.

Certified and Issued as Mandate
under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 9/5/07

By the Court:

RICHARD CUSHING DONOVAN
Richard Cushing Donovan, Clerk

[certified copies: Hon. Nathaniel M. Gorton and Sarah A. Thornton, Clerk, United States District Court for the District of Massachusetts]

[cc: Andrew M Fischer, Esq., Jeremy I. Silverfine, Esq., Leonard H. Kesten, Esq., Deidre Brennan Regan, Esq.]