UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lockhart-Bembery,
        Plaintiff(s)

v.          CIVIL ACTION NO. 04-10581

Town of Wayland, et al.,
        Defendant(s)

**AMENDED JUDGMENT IN A CIVIL CASE**

Gorton, D.J.

**IT IS ORDERED AND ADJUDGED**

**Judgment for defendant Daniel Sauro.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: 11/1/07     By /s/ Craig J. Nicewicz
        Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)